## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                :
                                         :
               Plaintiff,                :
                                         :
       v.                               :      Civil Action No.
                                         :
METAL MASTERS FOODSERVICE               :
EQUIPMENT COMPANY, INC.,                 :
                                         :
           Defendant.                   :

## NOTICE OF LODGING OF PROPOSED CONSENT DECREE
## PENDING SOLICITATION OF PUBLIC COMMENT

The United States has filed a Complaint, pursuant to Section 107(a) of the

Comprehensive Environmental Response, Compensation, and Liability Act of 1980

("CERCLA"), 42 U.S.C. § 9607(a), for reimbursement from Metal Masters Foodservice and

Equipment Company, Inc. of response costs incurred by the United States in connection with

property known as the Tyler Site located at 655 Glenwood Avenue in Smyrna, Delaware.

The United States hereby notifies the Court that, contemporaneous with the filing of the

Complaint, the United lodged a proposed Consent Decree for the above referenced matter that

would resolve all claims of the United States set forth in the Complaint.

The Court is respectfully requested to refrain from signing the Consent Decree at this

time. As indicated in Section 27, Paragraph XV of the Consent Decree, and as provided by

CERCLA Section 122(d)(2), 42 U.S.C. § 9622(d)(2), and the policy of the Department of Justice,

28 C.F.R. Part 50.7, final approval and entry of the Decree is subject to public notice and

comment.

The Department of Justice will publish in the <u>Federal Register</u> a notice that the proposed Consent Decree has been lodged with the Court. The Notice will solicit public comment for a period of 30 days. During the comment period, no action is required of the Court. If the United States is not compelled to withdraw its consent to this Decree based on the public comments, it shall notify the Clerk's Office and request that the Consent Decree be signed and entered by the Court.

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice


JOHN W. SITHER
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
Washington, D.C. 20044-7611
(202) 514-5484

COLM CONNOLLY
United States Attorney
District of Delaware


PATRICIA HANNIGAN
Assistant United States Attorney
District of Delaware
1007 N. Orange St.,
Suite 700
Wilmington, DE 19801
(302) 573-6277

2

OF COUNSEL:

Michael Hendershot
Senior Assistant Regional Counsel
EPA Region III
1650 Arch Street
Philadelphia, PA  19103