## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

| Employee Name | Fiscal Year | Pay Period | Org Code | Payroll Hours | Ind. Rate $/HR | Indirect Costs |
|---|---|---|---|---|---|---|
| MILLER, JAMES R. | 1986 | 21 | 03R | 22.00 | 47 | 1,034.00 |
|  |  | 22 | 03R | 6.00 | 47 | 282.00 |
|  |  | 25 | 03R | 5.00 | 47 | 235.00 |
|  |  | 26 | 03R | 9.00 | 47 | 423.00 |
|  |  |  |  | 42.00 |  | $1,974.00 |
| RHOADS, ELIZABETH A. | 1986 | 25 | 03R | 2.00 | 47 | 94.00 |
|  |  |  |  | 2.00 |  | $94.00 |
| TEPLITZKY, ELLEN C. | 1986 | 22 | 03R | 2.00 | 47 | 94.00 |
|  |  |  |  | 2.00 |  | $94.00 |
| Total Fiscal Year 1986: |  |  |  | 46.00 |  | $2,162.00 |

| Employee Name | Fiscal Year | Pay Period | Org Code | Payroll Hours | Ind. Rate $/HR | Indirect Costs |
|---|---|---|---|---|---|---|
| BALDI, DIANA P. | 1987 | 09 | 03N | 11.00 | 54 | 594.00 |
|  |  | 11 | 03N | 5.00 | 54 | 270.00 |
|  |  |  |  | 16.00 |  | $864.00 |
| HANKINS, JEANNE | 1987 | 09 | 03N | 2.00 | 54 | 108.00 |
|  |  |  |  | 2.00 |  | $108.00 |
| MILLER, JAMES R. | 1987 | 01 | 03R | 2.00 | 54 | 108.00 |
|  |  | 02 | 03R | 14.00 | 54 | 756.00 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

| Employee Name | Fiscal Year | Pay Period | Org Code | Payroll Hours | Ind. Rate $/HR | Indirect Costs |
|---|---|---|---|---|---|---|
| MILLER, JAMES R. | 1987 | 03 | 03R | 3.00 | 54 | 162.00 |
| | | 05 | 03W | 2.00 | 54 | 108.00 |
| | | 06 | 03W | 6.00 | 54 | 324.00 |
| | | 08 | 03W | 15.00 | 54 | 810.00 |
| | | 09 | 03W | 1.00 | 54 | 54.00 |
| | | 10 | 03W | 2.00 | 54 | 108.00 |
| | | 12 | 03W | 1.00 | 54 | 54.00 |
| | | | | 46.00 | | $2,484.00 |
| NASH, LEONARD | 1987 | 15 | 03W | 2.00 | 54 | 108.00 |
| | | | | 2.00 | | $108.00 |

| Total Fiscal Year 1987: | | | | 66.00 | | $3,564.00 |

| Employee Name | Fiscal Year | Pay Period | Org Code | Payroll Hours | Ind. Rate $/HR | Indirect Costs |
|---|---|---|---|---|---|---|
| NASH, LEONARD | 1988 | 14 | 03W | 2.00 | 64 | 128.00 |
| | | | | 2.00 | | $128.00 |
| WALLING, COLLEEN K. | 1988 | 17 | 03N | 1.00 | 64 | 64.00 |
| | | | | 1.00 | | $64.00 |

| Total Fiscal Year 1988: | | | | 3.00 | | $192.00 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

| Employee Name | Fiscal Year | Pay Period | Org Code | Payroll Hours | Ind. Rate $/HR | Indirect Costs |
|---|---|---|---|---|---|---|
| DEHNHARD, STEPHANIE | 1989 | 21 | 03W | 19.50 | 64 | 1,248.00 |
| | | 22 | 03W | 14.50 | 64 | 928.00 |
| | | 23 | 03W | 2.50 | 64 | 160.00 |
| | | 24 | 03W | 44.50 | 64 | 2,848.00 |
| | | 25 | 03W | 46.00 | 64 | 2,944.00 |
| | | 26 | 03W | 32.00 | 64 | 2,048.00 |
| | | 27 | 03W | 19.00 | 64 | 1,216.00 |
| | | | | 178.00 | | $11,392.00 |
| | | | | | | |
| DERASCAVAGE, LESLEY | 1989 | 25 | 03W | 2.50 | 64 | 160.00 |
| | | | | 2.50 | | $160.00 |
| | | | | | | |
| JANSON, LAURA | 1989 | 24 | 03W | 2.00 | 64 | 128.00 |
| | | 26 | 03W | 9.00 | 64 | 576.00 |
| | | | | 11.00 | | $704.00 |
| | | | | | | |
| ROTSTEIN, PHILIP H. | 1989 | 24 | 03W | 1.00 | 64 | 64.00 |
| | | 25 | 03W | 10.00 | 64 | 640.00 |
| | | 26 | 03W | 1.00 | 64 | 64.00 |
| | | 27 | 03W | 3.00 | 64 | 192.00 |
| | | | | 15.00 | | $960.00 |
| | | | | | | |
| STURGEON, JOHN R. | 1989 | 04 | 03W | 1.00 | 64 | 64.00 |
| | | 06 | 03W | 0.50 | 64 | 32.00 |
| | | 07 | 03W | 0.50 | 64 | 32.00 |
| | | 08 | 03W | 0.50 | 64 | 32.00 |
| | | 09 | 03W | 13.50 | 64 | 864.00 |
| | | 10 | 03W | 6.00 | 64 | 384.00 |
| | | 11 | 03W | 3.25 | 64 | 208.00 |
| | | 12 | 03W | 0.70 | 64 | 44.80 |
| | | 13 | 03W | 3.50 | 64 | 224.00 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

| Employee Name | Fiscal Year | Pay Period | Org Code | Payroll Hours | Ind. Rate $/HR | Indirect Costs |
|---|---|---|---|---|---|---|
| STURGEON, JOHN R. | 1989 | 14 | 03W | 2.00 | 64 | 128.00 |
| | | 15 | 03W | 0.70 | 64 | 44.80 |
| | | 16 | 03W | 1.00 | 64 | 64.00 |
| | | 17 | 03W | 0.50 | 64 | 32.00 |
| | | 19 | 03W | 1.70 | 64 | 108.80 |
| | | 20 | 03W | 18.00 | 64 | 1,152.00 |
| | | 21 | 03W | 1.20 | 64 | 76.80 |
| | | | | 54.55 | | $3,491.20 |
| | | | | | | |
| VASSALLO, LESLIE A. | 1989 | 24 | 03W | 1.00 | 64 | 64.00 |
| | | | | 1.00 | | $64.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Fiscal Year 1989: | | | | 262.05 | | $16,771.20 |

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARNETT, AMY JEAN | 1990 | 13 | 17.78 | 30.20% | 5.37 |
| | | 20 | 17.78 | 30.20% | 5.37 |
| | | | 35.56 | | $10.74 |
| | | | | | |
| DEHNHARD, STEPHANIE | 1990 | 01 | 248.87 | 30.20% | 75.16 |
| | | 02 | 440.95 | 30.20% | 133.17 |
| | | 04 | 256.02 | 30.20% | 77.32 |
| | | 05 | 64.01 | 30.20% | 19.33 |
| | | 06 | 42.65 | 30.20% | 12.88 |
| | | 07 | 263.63 | 30.20% | 79.62 |
| | | 08 | 7.02 | 30.20% | 2.12 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| DEHNHARD, STEPHANIE | 1990 | 09 | 75.04 | 30.20% | 22.66 |
| | | 10 | 255.18 | 30.20% | 77.06 |
| | | 11 | 150.11 | 30.20% | 45.33 |
| | | 12 | 37.41 | 30.20% | 11.30 |
| | | 13 | 45.03 | 30.20% | 13.60 |
| | | 14 | 67.54 | 30.20% | 20.40 |
| | | 15 | 67.55 | 30.20% | 20.40 |
| | | 16 | 195.13 | 30.20% | 58.93 |
| | | 17 | 22.51 | 30.20% | 6.80 |
| | | 18 | 90.16 | 30.20% | 27.23 |
| | | 21 | 36.06 | 30.20% | 10.89 |
| | | 22 | 37.21 | 30.20% | 11.24 |
| | | 24 | 102.34 | 30.20% | 30.91 |
| | | 26 | 176.75 | 30.20% | 53.38 |
| | | 27 | 92.95 | 30.20% | 28.07 |
| | | | 2,774.12 | | $837.80 |
| | | | | | |
| DONOVAN, JOSEPH J.C. | 1990 | 02 | 504.37 | 30.20% | 152.32 |
| | | | 504.37 | | $152.32 |
| | | | | | |
| FERDAS, ABRAHAM | 1990 | 16 | 69.69 | 30.20% | 21.05 |
| | | | 69.69 | | $21.05 |
| | | | | | |
| FREY, SHARON J. | 1990 | 03 | 40.93 | 30.20% | 12.36 |
| | | | 40.93 | | $12.36 |
| | | | | | |
| LUDZIA, PETER J. | 1990 | 26 | 33.48 | 30.20% | 10.11 |
| | | | 33.48 | | $10.11 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| MCCABE, JOSEPH | 1990 | 11 | 158.84 | 30.20% | 47.97 |
|  |  |  | 158.84 |  | $47.97 |
| ROWE, VIRGINIA E. | 1990 | 26 | 62.94 | 30.20% | 19.01 |
|  |  |  | 62.94 |  | $19.01 |
| VICKERS, MARIA PARISI | 1990 | 01 | 298.27 | 30.20% | 90.08 |
|  |  | 03 | 157.02 | 30.20% | 47.42 |
|  |  | 05 | 203.94 | 30.20% | 61.59 |
|  |  | 12 | 261.26 | 30.20% | 78.90 |
|  |  | 13 | 32.65 | 30.20% | 9.86 |
|  |  | 18 | 130.61 | 30.20% | 39.44 |
|  |  | 22 | 395.03 | 30.20% | 119.30 |
|  |  | 23 | 237.86 | 30.20% | 71.83 |
|  |  | 26 | 101.90 | 30.20% | 30.77 |
|  |  | 27 | 68.10 | 30.20% | 20.57 |
|  |  |  | 1,886.64 |  | $569.76 |
| Total Fiscal Year 1990 Payroll Direct Costs: |  |  | 5,566.57 |  | $1,681.12 |

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARNETT, AMY JEAN | T2748134 | 08/28/1990 | 13.00 | 30.20% | 3.93 |
|  |  |  | 13.00 |  | $3.93 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| FREY, SHARON J. | T2625163 | 12/11/1989 | 36.69 | 30.20% | 11.08 |
| | | | 36.69 | | $11.08 |
| | | | | | |
| ROE, CAROLINE H. | T2625162 | 12/11/1989 | 39.68 | 30.20% | 11.98 |
| | | | 39.68 | | $11.98 |
| | | | | | |
| Total Fiscal Year 1990 Travel Direct Costs: | | | 89.37 | | $26.99 |

#### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-01-7311 | 1777-R | 03/27/1990 | -812.70 | -127.59 | 30.20% | -283.97 |
| | | | -812.70 | -127.59 | | $-283.97 |
| | | | | | | |
| 68-W9-0005 | 15 | 06/04/1990 | 1,072.76 | 216.01 | 30.20% | 389.21 |
| | 16 | 07/02/1990 | 342.94 | 69.05 | 30.20% | 124.42 |
| | 17 | 08/02/1990 | 648.68 | 130.62 | 30.20% | 235.35 |
| | 18 | 08/29/1990 | 813.11 | 163.73 | 30.20% | 295.01 |
| | | | 2,877.49 | 579.41 | | $1,043.99 |
| | | | | | | |
| Total Fiscal Year 1990 Other Direct Costs: | | | 2,064.79 | 451.82 | | $760.02 |
| | | | | | | |
| Total Fiscal Year 1990: | | | 8,172.55 | | | $2,468.13 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

#### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
#### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARNETT, AMY JEAN | 1991 | 03 | 55.50 | 30.17% | 16.74 |
| | | 04 | 55.50 | 30.17% | 16.74 |
| | | 05 | 18.49 | 30.17% | 5.58 |
| | | 11 | 45.88 | 30.17% | 13.84 |
| | | 12 | 137.71 | 30.17% | 41.55 |
| | | 14 | 68.85 | 30.17% | 20.77 |
| | | 26 | 68.84 | 30.17% | 20.77 |
| | | | 450.77 | | $135.99 |
| | | | | | |
| DEHNHARD, STEPHANIE | 1991 | 01 | 148.78 | 30.17% | 44.89 |
| | | 02 | 83.59 | 30.17% | 25.22 |
| | | 03 | 176.63 | 30.17% | 53.29 |
| | | 04 | 111.61 | 30.17% | 33.67 |
| | | | 120.80 | 30.17% | 36.45 |
| | | 05 | 130.22 | 30.17% | 39.29 |
| | | 06 | 18.58 | 30.17% | 5.61 |
| | | | 93.00 | 30.17% | 28.06 |
| | | 07 | 176.76 | 30.17% | 53.33 |
| | | | 9.28 | 30.17% | 2.80 |
| | | 08 | 186.04 | 30.17% | 56.13 |
| | | 09 | 58.51 | 30.17% | 17.65 |
| | | | 321.83 | 30.17% | 97.10 |
| | | 10 | 263.32 | 30.17% | 79.44 |
| | | | 9.76 | 30.17% | 2.94 |
| | | 11 | 273.04 | 30.17% | 82.38 |
| | | 12 | 9.76 | 30.17% | 2.94 |
| | | | 477.87 | 30.17% | 144.17 |
| | | 13 | 195.03 | 30.17% | 58.84 |
| | | 14 | 321.87 | 30.17% | 97.11 |
| | | 15 | 214.54 | 30.17% | 64.73 |
| | | 17 | 146.15 | 30.17% | 44.09 |
| | | 18 | 70.33 | 30.17% | 21.22 |
| | | 19 | 534.30 | 30.17% | 161.20 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| DEHNHARD, STEPHANIE | 1991 | 21 | 23.21 | 30.17% | 7.00 |
| | | 23 | 57.91 | 30.17% | 17.47 |
| | | 24 | 23.21 | 30.17% | 7.00 |
| | | 25 | 23.21 | 30.17% | 7.00 |
| | | | 4,279.14 | | $1,291.02 |
| | | | | | |
| EARLY, WILLIAM C. | 1991 | 09 | 67.56 | 30.17% | 20.38 |
| | | 10 | 151.85 | 30.17% | 45.81 |
| | | 13 | 33.78 | 30.17% | 10.19 |
| | | | 253.19 | | $76.38 |
| | | | | | |
| IOVEN, DAWN A. | 1991 | 02 | 26.11 | 30.17% | 7.88 |
| | | 10 | 27.17 | 30.17% | 8.20 |
| | | | 53.28 | | $16.08 |
| | | | | | |
| KARGBO, DAVID M. | 1991 | 01 | 84.99 | 30.17% | 25.64 |
| | | 09 | 148.30 | 30.17% | 44.74 |
| | | 10 | 266.92 | 30.17% | 80.53 |
| | | | 500.21 | | $150.91 |
| | | | | | |
| LUDZIA, PETER J. | 1991 | 06 | 30.74 | 30.17% | 9.27 |
| | | 07 | 93.24 | 30.17% | 28.13 |
| | | 10 | 32.85 | 30.17% | 9.91 |
| | | 12 | 66.71 | 30.17% | 20.13 |
| | | | 223.54 | | $67.44 |
| | | | | | |
| VASSALLO, LESLIE A. | 1991 | 13 | 30.01 | 30.17% | 9.05 |
| | | | 30.01 | | $9.05 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| VICKERS, MARIA PARISI | 1991 | 02 | 203.88 | 30.17% | 61.51 |
| | | 03 | 135.94 | 30.17% | 41.01 |
| | | 05 | 64.16 | 30.17% | 19.36 |
| | | 06 | 127.79 | 30.17% | 38.55 |
| | | 07 | 339.81 | 30.17% | 102.52 |
| | | 09 | 777.44 | 30.17% | 234.55 |
| | | 11 | 370.83 | 30.17% | 111.88 |
| | | 12 | 247.36 | 30.17% | 74.63 |
| | | 13 | 353.38 | 30.17% | 106.61 |
| | | 14 | 106.00 | 30.17% | 31.98 |
| | | 18 | 318.04 | 30.17% | 95.95 |
| | | 25 | 176.68 | 30.17% | 53.30 |
| | | | 3,221.31 | | $971.85 |

Total Fiscal Year 1991 Payroll Direct Costs:  9,011.45  $2,718.72

#### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 1P3046NASA | 112496 | 02/12/1991 | 351.23 | 0.00 | 30.17% | 105.97 |
| | | | 351.23 | 0.00 | | $105.97 |
| 1P3081NASA | 361813 | 04/30/1991 | 1,470.42 | 0.00 | 30.17% | 443.63 |
| | | | 1,470.42 | 0.00 | | $443.63 |
| 1P3082NASA | 361813 | 04/30/1991 | 1,470.42 | 0.00 | 30.17% | 443.63 |
| | | | 1,470.42 | 0.00 | | $443.63 |
| 68-W9-0005 | 19 | 10/04/1990 | 707.42 | 142.45 | 30.17% | 256.41 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

## OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-W9-0005 | 20 | 10/25/1990 | 1,269.52 | 255.63 | 30.17% | 460.14 |
| | 21 | 11/27/1990 | 488.42 | 98.35 | 30.17% | 177.03 |
| | 22 | 01/03/1991 | 193.45 | 38.95 | 30.17% | 70.12 |
| | 24 | 01/28/1991 | 921.44 | 185.54 | 30.17% | 333.98 |
| | | | 70.41 | 14.18 | 30.17% | 25.52 |
| | 28 | 03/11/1991 | 215.97 | 43.49 | 30.17% | 78.28 |
| | | | 162.23 | 32.67 | 30.17% | 58.80 |
| | 25R | 03/19/1991 | 885.37 | 178.28 | 30.17% | 320.90 |
| | 31 | 03/28/1991 | 276.13 | 55.60 | 30.17% | 100.08 |
| | | | 95.21 | 19.17 | 30.17% | 34.51 |
| | 32 | 04/23/1991 | 697.54 | 140.46 | 30.17% | 252.82 |
| | | | 824.04 | 165.93 | 30.17% | 298.67 |
| | 34 | 05/29/1991 | 324.89 | 65.42 | 30.17% | 117.76 |
| | 33R | 05/29/1991 | 198.72 | 40.01 | 30.17% | 72.02 |
| | 35 | 06/20/1991 | 395.31 | 79.60 | 30.17% | 143.28 |
| | 36 | 07/30/1991 | 37.47 | 7.54 | 30.17% | 13.58 |
| | 37 | 08/16/1991 | 226.25 | 45.56 | 30.17% | 82.01 |
| | 38 | 09/18/1991 | 52.08 | 10.49 | 30.17% | 18.88 |
| | | | 8,041.87 | 1,619.32 | | $2,914.79 |

| | | | | | |
|---|---|---|---|---|
| Total Fiscal Year 1991 Other Direct Costs: | | 11,333.94 | 1,619.32 | | $3,908.02 |
| Total Fiscal Year 1991: | | 21,964.71 | | | $6,626.74 |

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARNETT, AMY JEAN | 1992 | 23 | 446.56 | 31.06% | 138.70 |
| | | 24 | 24.80 | 31.06% | 7.70 |
| | | | 471.36 | | $146.40 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| DEHNHARD, STEPHANIE | 1992 | 16 | 24.16 | 31.06% | 7.50 |
| | | 21 | 49.91 | 31.06% | 15.50 |
| | | 22 | 74.90 | 31.06% | 23.26 |
| | | 23 | 836.23 | 31.06% | 259.73 |
| | | 24 | 262.09 | 31.06% | 81.41 |
| | | 25 | 12.48 | 31.06% | 3.88 |
| | | 26 | 37.43 | 31.06% | 11.63 |
| | | 27 | 12.48 | 31.06% | 3.88 |
| | | | 1,309.68 | | $406.79 |
| | | | | | |
| ELSER, LYNNETTE A. | 1992 | 12 | 204.62 | 31.06% | 63.55 |
| | | 13 | 22.84 | 31.06% | 7.09 |
| | | | 227.46 | | $70.64 |
| | | | | | |
| MORTON, GARY W. | 1992 | 22 | 160.10 | 31.06% | 49.73 |
| | | 23 | 68.62 | 31.06% | 21.31 |
| | | 24 | 91.48 | 31.06% | 28.41 |
| | | 26 | 22.87 | 31.06% | 7.10 |
| | | | 343.07 | | $106.55 |
| | | | | | |
| VICKERS, MARIA PARISI | 1992 | 20 | 19.53 | 31.06% | 6.07 |
| | | 21 | 39.05 | 31.06% | 12.13 |
| | | 23 | 39.05 | 31.06% | 12.13 |
| | | 24 | 39.05 | 31.06% | 12.13 |
| | | | 136.68 | | $42.46 |
| | | | | | |
| Total Fiscal Year 1992 Payroll Direct Costs: | | | 2,488.25 | | $772.84 |

EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARNETT, AMY JEAN | T963039 | 08/28/1992 | 127.99 | 31.06% | 39.75 |
|  |  |  | 127.99 |  | $39.75 |
| LUDZIA, PETER J. | T747946 | 09/16/1992 | 76.65 | 31.06% | 23.81 |
|  |  |  | 76.65 |  | $23.81 |
| Total Fiscal Year 1992 Travel Direct Costs: |  |  | 204.64 |  | $63.56 |

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-W9-0005 | 39 | 10/22/1991 | 232.20 | 46.76 | 31.06% | 86.64 |
|  | 40 | 11/29/1991 | 1,261.51 | 254.02 | 31.06% | 470.72 |
|  | 41 | 12/20/1991 | 217.57 | 43.81 | 31.06% | 81.18 |
|  | 43 | 02/03/1992 | 98.60 | 19.85 | 31.06% | 36.79 |
|  | 44 | 02/28/1992 | 391.69 | 78.87 | 31.06% | 146.16 |
|  | 46 | 04/03/1992 | 113.96 | 22.95 | 31.06% | 42.52 |
|  | 47 | 04/23/1992 | -174.53 | -35.14 | 31.06% | -65.12 |
|  | 48 | 05/20/1992 | 198.58 | 39.99 | 31.06% | 74.10 |
|  | 49 | 06/26/1992 | 107.44 | 21.63 | 31.06% | 40.09 |
|  | 50 | 07/06/1992 | 192.22 | 38.71 | 31.06% | 71.73 |
|  | 51 | 07/20/1992 | 45.97 | 9.26 | 31.06% | 17.15 |
|  | 52 | 08/25/1992 | 122.76 | 24.72 | 31.06% | 45.81 |
|  |  |  | 2,807.97 | 565.43 |  | $1,047.77 |
| Total Fiscal Year 1992 Other Direct Costs: |  |  | 2,807.97 | 565.43 |  | $1,047.77 |
| Total Fiscal Year 1992: |  |  | 6,066.29 |  |  | $1,884.17 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BECK, MARY F. | 1993 | 18 | 58.00 | 32.85% | 19.05 |
|  |  |  | 58.00 |  | $19.05 |
|  |  |  |  |  |  |
| CICHOWICZ, NANCY | 1993 | 22 | 275.18 | 32.85% | 90.40 |
|  |  |  | 275.18 |  | $90.40 |
|  |  |  |  |  |  |
| DAVIS, ROBERT S | 1993 | 18 | 656.91 | 32.85% | 215.79 |
|  |  | 19 | 731.37 | 32.85% | 240.26 |
|  |  | 20 | 29.87 | 32.85% | 9.81 |
|  |  | 23 | 119.43 | 32.85% | 39.23 |
|  |  | 26 | 59.72 | 32.85% | 19.62 |
|  |  |  | 1,597.30 |  | $524.71 |
|  |  |  |  |  |  |
| DEHNHARD, STEPHANIE | 1993 | 04 | 37.43 | 32.85% | 12.30 |
|  |  | 05 | 62.41 | 32.85% | 20.50 |
|  |  | 06 | 62.41 | 32.85% | 20.50 |
|  |  | 07 | 187.22 | 32.85% | 61.50 |
|  |  | 08 | 24.96 | 32.85% | 8.20 |
|  |  | 10 | 25.91 | 32.85% | 8.51 |
|  |  |  | 400.34 |  | $131.51 |
|  |  |  |  |  |  |
| HOOVER, GERALD F. | 1993 | 04 | 54.40 | 32.85% | 17.87 |
|  |  |  | 54.40 |  | $17.87 |
|  |  |  |  |  |  |
| IOVEN, DAWN A. | 1993 | 16 | 94.04 | 32.85% | 30.89 |
|  |  | 17 | 62.69 | 32.85% | 20.59 |
|  |  | 18 | 31.35 | 32.85% | 10.30 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| IOVEN, DAWN A. | 1993 | 19 | 313.45 | 32.85% | 102.97 |
| | | | 501.53 | | $164.75 |
| | | | | | |
| KARGBO, DAVID M. | 1993 | 17 | 282.78 | 32.85% | 92.89 |
| | | 18 | 212.11 | 32.85% | 69.68 |
| | | 19 | 70.69 | 32.85% | 23.22 |
| | | | 565.58 | | $185.79 |
| | | | | | |
| LUDZIA, PETER J. | 1993 | 18 | 165.61 | 32.85% | 54.40 |
| | | 19 | 124.20 | 32.85% | 40.80 |
| | | 20 | 41.39 | 32.85% | 13.60 |
| | | 21 | 124.20 | 32.85% | 40.80 |
| | | 22 | 82.80 | 32.85% | 27.20 |
| | | | 538.20 | | $176.80 |
| | | | | | |
| MORTON, GARY W. | 1993 | 03 | 114.36 | 32.85% | 37.57 |
| | | 04 | 182.97 | 32.85% | 60.11 |
| | | 05 | 22.86 | 32.85% | 7.51 |
| | | 07 | 137.22 | 32.85% | 45.08 |
| | | 08 | 137.22 | 32.85% | 45.08 |
| | | 09 | 548.29 | 32.85% | 180.11 |
| | | 10 | 190.70 | 32.85% | 62.64 |
| | | 11 | 47.68 | 32.85% | 15.66 |
| | | 12 | 71.52 | 32.85% | 23.49 |
| | | 13 | 286.06 | 32.85% | 93.97 |
| | | 14 | 143.03 | 32.85% | 46.99 |
| | | 15 | 262.22 | 32.85% | 86.14 |
| | | 16 | 214.55 | 32.85% | 70.48 |
| | | 17 | 381.42 | 32.85% | 125.30 |
| | | 18 | 214.55 | 32.85% | 70.48 |
| | | 19 | 286.06 | 32.85% | 93.97 |
| | | 20 | 429.08 | 32.85% | 140.95 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| MORTON, GARY W. | 1993 | 21 | 286.06 | 32.85% | 93.97 |
| | | 22 | 119.19 | 32.85% | 39.15 |
| | | 23 | 47.68 | 32.85% | 15.66 |
| | | 24 | 71.54 | 32.85% | 23.50 |
| | | 26 | 47.68 | 32.85% | 15.66 |
| | | 27 | 119.18 | 32.85% | 39.15 |
| | | | 4,361.12 | | $1,432.62 |
| | | | | | |
| NANG-MARINO, LISA M. | 1993 | 19 | 828.37 | 32.85% | 272.12 |
| | | 20 | 705.65 | 32.85% | 231.81 |
| | | 21 | 644.28 | 32.85% | 211.65 |
| | | 23 | 214.75 | 32.85% | 70.55 |
| | | 24 | 30.68 | 32.85% | 10.08 |
| | | 25 | 122.72 | 32.85% | 40.31 |
| | | 27 | 214.75 | 32.85% | 70.55 |
| | | | 2,761.20 | | $907.07 |
| | | | | | |
| VALENTE, CHRISTINA M. | 1993 | 07 | 29.43 | 32.85% | 9.67 |
| | | 08 | 58.87 | 32.85% | 19.34 |
| | | 10 | 122.31 | 32.85% | 40.18 |
| | | 11 | 122.31 | 32.85% | 40.18 |
| | | 12 | 168.19 | 32.85% | 55.25 |
| | | 15 | 305.79 | 32.85% | 100.45 |
| | | 16 | 91.74 | 32.85% | 30.14 |
| | | 18 | 91.74 | 32.85% | 30.14 |
| | | 19 | 61.15 | 32.85% | 20.09 |
| | | 20 | 91.74 | 32.85% | 30.14 |
| | | 21 | 91.74 | 32.85% | 30.14 |
| | | 22 | 15.29 | 32.85% | 5.02 |
| | | 23 | 45.87 | 32.85% | 15.07 |
| | | 25 | 61.15 | 32.85% | 20.09 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| VALENTE, CHRISTINA M. | 1993 | 26 | 30.59 | 32.85% | 10.05 |
| | | | 1,387.91 | | $455.95 |
| | | | | | |
| WHITE, TERRI A. | 1993 | 17 | 24.14 | 32.85% | 7.93 |
| | | 18 | 48.26 | 32.85% | 15.85 |
| | | 20 | 12.06 | 32.85% | 3.96 |
| | | | 84.46 | | $27.74 |
| | | | | | |
| Total Fiscal Year 1993 Payroll Direct Costs: | | | 12,585.22 | | $4,134.26 |

#### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| MORTON, GARY W. | T2985944 | 07/08/1993 | 42.75 | 32.85% | 14.04 |
| | T4028074 | 07/19/1993 | 43.25 | 32.85% | 14.21 |
| | | | 86.00 | | $28.25 |
| | | | | | |
| Total Fiscal Year 1993 Travel Direct Costs: | | | 86.00 | | $28.25 |

#### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 356701 | 516000279 | 09/16/1993 | 4,000.00 | 0.00 | 32.85% | 1,314.00 |
| | | | 4,000.00 | 0.00 | | $1,314.00 |
| | | | | | | |
| 68-W9-0005 | 54RA | 11/03/1992 | 68.81 | 13.86 | 32.85% | 27.16 |
| | 55RA | 11/04/1992 | 86.15 | 17.35 | 32.85% | 34.00 |
| | 56 | 11/18/1992 | 156.58 | 31.53 | 32.85% | 61.79 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-W9-0005 | 57 | 12/14/1992 | 18.45 | 3.72 | 32.85% | 7.28 |
| | 58 | 12/29/1992 | 30.25 | 6.09 | 32.85% | 11.94 |
| | 59 | 01/22/1993 | 137.28 | 27.64 | 32.85% | 54.18 |
| | 60 | 02/26/1993 | 146.50 | 29.50 | 32.85% | 57.82 |
| | 61 | 03/26/1993 | 299.15 | 60.24 | 32.85% | 118.06 |
| | 63 | 04/23/1993 | 124.67 | 25.10 | 32.85% | 49.20 |
| | 64 | 06/03/1993 | 64.40 | 12.97 | 32.85% | 25.42 |
| | 66R | 07/14/1993 | 213.60 | 43.01 | 32.85% | 84.30 |
| | 68 | 07/23/1993 | 661.41 | 133.18 | 32.85% | 261.02 |
| | | | -655.97 | -132.09 | 32.85% | -258.88 |
| | 69 | 08/24/1993 | 584.89 | 117.77 | 32.85% | 230.82 |
| | | | 1,936.17 | 389.87 | | $764.11 |
| | | | | | | |
| DW14425801 | 13307796 | 07/31/1993 | 374.35 | 0.00 | 32.85% | 122.97 |
| | | | 374.35 | 0.00 | | $122.97 |

| | | |
|---|---|---|
| Total Fiscal Year 1993 Other Direct Costs: | 6,310.52 | 389.87 | $2,201.08 |

| | | |
|---|---|---|
| Total Fiscal Year 1993: | 19,371.61 | $6,363.59 |

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARNETT, AMY JEAN | 1994 | 02 | 26.66 | 39.66% | 10.57 |
| | | 03 | 160.00 | 39.66% | 63.46 |
| | | 04 | 293.34 | 39.66% | 116.34 |
| | | | 480.00 | | $190.37 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| DAVIS, ROBERT S | 1994 | 03 | 134.37 | 39.66% | 53.29 |
| | | | 134.37 | | $53.29 |
| LUDZIA, PETER J. | 1994 | 04 | 121.53 | 39.66% | 48.20 |
| | | | 121.53 | | $48.20 |
| MORTON, GARY W. | 1994 | 02 | 119.19 | 39.66% | 47.27 |
| | | 04 | 119.19 | 39.66% | 47.27 |
| | | 05 | 95.35 | 39.66% | 37.82 |
| | | 06 | 166.88 | 39.66% | 66.18 |
| | | | 500.61 | | $198.54 |
| NANG-MARINO, LISA M. | 1994 | 02 | 674.98 | 39.66% | 267.70 |
| | | 03 | 460.20 | 39.66% | 182.52 |
| | | 04 | 828.37 | 39.66% | 328.53 |
| | | 06 | 214.75 | 39.66% | 85.17 |
| | | 07 | 30.68 | 39.66% | 12.17 |
| | | 09 | 136.36 | 39.66% | 54.08 |
| | | 18 | 355.85 | 39.66% | 141.13 |
| | | | 2,701.19 | | $1,071.30 |
| STURGEON, JOHN R. | 1994 | 04 | 30.49 | 39.66% | 12.09 |
| | | | 30.49 | | $12.09 |
| VALENTE, CHRISTINA M. | 1994 | 02 | 91.74 | 39.66% | 36.38 |
| | | 03 | 31.53 | 39.66% | 12.50 |
| | | 04 | 31.53 | 39.66% | 12.50 |
| | | 06 | 63.07 | 39.66% | 25.01 |
| | | 09 | 66.12 | 39.66% | 26.22 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| VALENTE, CHRISTINA M. | 1994 | 27 | 33.08 | 39.66% | 13.12 |
| | | | 317.07 | | $125.73 |
| Total Fiscal Year 1994 Payroll Direct Costs: | | | 4,285.26 | | $1,699.52 |

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| LUDZIA, PETER J. | T164000 | 12/08/1993 | 42.00 | 39.66% | 16.66 |
| | | | 42.00 | | $16.66 |
| NANG-MARINO, LISA M. | T164000 | 12/23/1993 | 35.00 | 39.66% | 13.88 |
| | | | 35.00 | | $13.88 |
| Total Fiscal Year 1994 Travel Direct Costs: | | | 77.00 | | $30.54 |

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 356701 | 516000279 | 11/08/1993 | 4,000.00 | 0.00 | 39.66% | 1,586.40 |
| | | 04/12/1994 | 7,700.00 | 0.00 | 39.66% | 3,053.82 |
| | | 06/28/1994 | -12,000.00 | 0.00 | 39.66% | -4,759.20 |
| | | | -300.00 | 0.00 | | $-118.98 |
| 68-01-7470 | 8809604R | 12/02/1993 | 277.55 | 82.99 | 39.66% | 142.99 |
| | | | 277.55 | 82.99 | | $142.99 |

EPA Indirect Costs

TYLER REFRIGERATION, DE SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-W3-0023 | 23-01 | 07/26/1994 | 64.95 | 0.00 | 39.66% | 25.76 |
| | | | 64.95 | 0.00 | | $25.76 |
| | | | | | | |
| 68-W9-0005 | 70 | 10/04/1993 | 577.21 | 116.23 | 39.66% | 275.02 |
| | 71 | 10/22/1993 | 300.58 | 60.52 | 39.66% | 143.21 |
| | 72 | 11/04/1993 | 10.98 | 2.21 | 39.66% | 5.23 |
| | 73 | 11/23/1993 | 688.76 | 138.69 | 39.66% | 328.17 |
| | 74 | 12/23/1993 | 2,913.33 | 586.63 | 39.66% | 1,388.08 |
| | 75 | 01/24/1994 | 1,942.53 | 391.15 | 39.66% | 925.54 |
| | 76 | 02/03/1994 | 1,521.10 | 306.29 | 39.66% | 724.74 |
| | 77 | 02/23/1994 | 949.71 | 191.23 | 39.66% | 452.50 |
| | 78 | 03/22/1994 | 653.27 | 131.54 | 39.66% | 311.26 |
| | JV 42349 | 03/31/1994 | 1,373.79 | 276.62 | 39.66% | 654.55 |
| | 79 | 05/06/1994 | 336.90 | 67.84 | 39.66% | 160.52 |
| | 80 | 05/19/1994 | 253.62 | 51.07 | 39.66% | 120.84 |
| | 81 | 07/06/1994 | 565.56 | 113.88 | 39.66% | 269.47 |
| | 82 | 08/04/1994 | 728.58 | 146.71 | 39.66% | 347.14 |
| | 83 | 08/25/1994 | 493.52 | 99.37 | 39.66% | 235.14 |
| | 84 | 09/26/1994 | 695.82 | 140.11 | 39.66% | 331.53 |
| | | | 14,005.26 | 2,820.09 | | $6,672.94 |
| | | | | | | |
| DW14425801 | 13308396 | 11/30/1993 | 150.96 | 0.00 | 39.66% | 59.87 |
| | | | 150.96 | 0.00 | | $59.87 |

| Total Fiscal Year 1994 Other Direct Costs: | | | 14,198.72 | 2,903.08 | | $6,782.58 |
| Total Fiscal Year 1994: | | | 21,464.06 | | | $8,512.64 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| HILSINGER, PATRICIA D. | 1995 | 19 | 39.75 | 37.95% | 15.09 |
| | | | 39.75 | | $15.09 |
| IOVEN, DAWN A. | 1995 | 27 | 35.52 | 37.95% | 13.48 |
| | | | 35.52 | | $13.48 |
| NANG-MARINO, LISA M. | 1995 | 26 | 217.17 | 37.95% | 82.42 |
| | | | 217.17 | | $82.42 |
| RAMALHO, LUIS F. | 1995 | 19 | 208.47 | 37.95% | 79.11 |
| | | | 208.47 | | $79.11 |
| ROWE, VIRGINIA E. | 1995 | 20 | 118.51 | 37.95% | 44.97 |
| | | 21 | 142.21 | 37.95% | 53.97 |
| | | | 260.72 | | $98.94 |
| VALENTE, CHRISTINA M. | 1995 | 02 | 98.04 | 37.95% | 37.21 |
| | | 03 | 163.40 | 37.95% | 62.01 |
| | | | 261.44 | | $99.22 |
| Total Fiscal Year 1995 Payroll Direct Costs: | | | 1,023.07 | | $388.26 |

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 356701 | 516000279C1 | 11/18/1994 | 6,125.00 | 0.00 | 37.95% | 2,324.44 |
| | | 06/08/1995 | -8,200.00 | 0.00 | 37.95% | -3,111.90 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 356701 | 516000279C1 | 06/22/1995 | -2,600.00 | 0.00 | 37.95% | -986.70 |
| | | | -4,675.00 | 0.00 | | $-1,774.16 |
| 68-W3-0023 | 031-03 | 12/07/1994 | 258.57 | 0.00 | 37.95% | 98.13 |
| | | | 258.57 | 0.00 | | $98.13 |
| 68-W9-0005 | 88 | 01/11/1995 | 244.57 | 49.25 | 37.95% | 111.50 |
| | | | 244.57 | 49.25 | | $111.50 |
| Total Fiscal Year 1995 Other Direct Costs: | | | -4,171.86 | 49.25 | | $-1,564.53 |
| Total Fiscal Year 1995: | | | -3,099.54 | | | $-1,176.27 |

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AJL, DIANE F. | 1996 | 21 | 76.53 | 31.06% | 23.77 |
| | | | 76.53 | | $23.77 |
| DAVIS, ROBERT S | 1996 | 14 | 16.99 | 31.06% | 5.28 |
| | | | 16.99 | | $5.28 |
| DELEON-RAMOS, MILAGROS | 1996 | 16 | 14.03 | 31.06% | 4.36 |
| | | | 14.03 | | $4.36 |

EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| FERDAS, ABRAHAM | 1996 | 06 | 48.82 | 31.06% | 15.16 |
| | | | 48.82 | | $15.16 |
| | | | | | |
| HENDERSHOT, MICHAEL | 1996 | 23 | 132.27 | 31.06% | 41.08 |
| | | 24 | 37.80 | 31.06% | 11.74 |
| | | 25 | 37.80 | 31.06% | 11.74 |
| | | 26 | 18.89 | 31.06% | 5.87 |
| | | | 226.76 | | $70.43 |
| | | | | | |
| HUMMEL, KIMBERLY A. | 1996 | 04 | 176.03 | 31.06% | 54.67 |
| | | 14 | 108.40 | 31.06% | 33.67 |
| | | | 284.43 | | $88.34 |
| | | | | | |
| IOVEN, DAWN A. | 1996 | 02 | 213.16 | 31.06% | 66.21 |
| | | 04 | 71.06 | 31.06% | 22.07 |
| | | 05 | 71.06 | 31.06% | 22.07 |
| | | 06 | 71.06 | 31.06% | 22.07 |
| | | 09 | 146.95 | 31.06% | 45.64 |
| | | 13 | 73.47 | 31.06% | 22.82 |
| | | 14 | 73.47 | 31.06% | 22.82 |
| | | | 720.23 | | $223.70 |
| | | | | | |
| KARGBO, DAVID M. | 1996 | 03 | 271.50 | 31.06% | 84.33 |
| | | 05 | 76.12 | 31.06% | 23.64 |
| | | 06 | 426.64 | 31.06% | 132.51 |
| | | 09 | 913.73 | 31.06% | 283.80 |
| | | 14 | 79.46 | 31.06% | 24.68 |
| | | | 1,767.45 | | $548.96 |
| | | | | | |
| KELLY, DARLENE F. | 1996 | 19 | 49.19 | 31.06% | 15.28 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| KELLY, DARLENE F. | 1996 | 22 | 14.06 | 31.06% | 4.37 |
| | | | 63.25 | | $19.65 |
| | | | | | |
| LUDZIA, PETER J. | 1996 | 04 | 21.64 | 31.06% | 6.72 |
| | | 06 | 124.99 | 31.06% | 38.82 |
| | | 09 | 45.57 | 31.06% | 14.15 |
| | | 13 | 22.80 | 31.06% | 7.08 |
| | | 15 | 113.95 | 31.06% | 35.39 |
| | | 21 | 45.57 | 31.06% | 14.15 |
| | | 23 | 45.57 | 31.06% | 14.15 |
| | | | 420.09 | | $130.46 |
| | | | | | |
| MCCRAY, PAMELA F. | 1996 | 22 | 16.55 | 31.06% | 5.14 |
| | | | 16.55 | | $5.14 |
| | | | | | |
| MORTON, GARY W. | 1996 | 09 | 380.55 | 31.06% | 118.20 |
| | | 10 | 570.85 | 31.06% | 177.31 |
| | | 11 | 176.68 | 31.06% | 54.88 |
| | | 12 | 217.45 | 31.06% | 67.54 |
| | | 13 | 394.13 | 31.06% | 122.42 |
| | | 14 | 788.26 | 31.06% | 244.83 |
| | | | 2,527.92 | | $785.18 |
| | | | | | |
| MULLIN, LEO J. | 1996 | 23 | 96.55 | 31.06% | 29.99 |
| | | | 96.55 | | $29.99 |
| | | | | | |
| NANG-MARINO, LISA M. | 1996 | 03 | 289.57 | 31.06% | 89.94 |
| | | 05 | 767.10 | 31.06% | 238.26 |
| | | 06 | 438.34 | 31.06% | 136.15 |
| | | 10 | 859.83 | 31.06% | 267.06 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| NANG-MARINO, LISA M. | 1996 | 15 | 486.00 | 31.06% | 150.95 |
| | | 16 | 224.28 | 31.06% | 69.66 |
| | | 22 | 224.30 | 31.06% | 69.67 |
| | | 23 | 186.91 | 31.06% | 58.05 |
| | | | 3,476.33 | | $1,079.74 |
| | | | | | |
| ROWE, VIRGINIA E. | 1996 | 16 | 72.74 | 31.06% | 22.59 |
| | | 19 | 48.50 | 31.06% | 15.06 |
| | | 20 | 74.81 | 31.06% | 23.24 |
| | | 21 | 274.29 | 31.06% | 85.19 |
| | | | 470.34 | | $146.08 |
| | | | | | |
| SCHAUL, PETER W. | 1996 | 06 | 83.23 | 31.06% | 25.85 |
| | | | 83.23 | | $25.85 |
| | | | | | |
| WEBB, JAMES N. | 1996 | 23 | 39.36 | 31.06% | 12.23 |
| | | | 39.36 | | $12.23 |
| | | | | | |
| WISE, NEIL | 1996 | 16 | 24.45 | 31.06% | 7.59 |
| | | | 24.45 | | $7.59 |
| | | | | | |
| Total Fiscal Year 1996 Payroll Direct Costs: | | | 10,373.31 | | $3,221.91 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 356701 | 516000279C1 | 06/26/1996 | 1,570.00 | 0.00 | 31.06% | 487.64 |
|  |  |  | 1,570.00 | 0.00 |  | $487.64 |
|  |  |  |  |  |  |  |
| 68-W9-0005 | 90 | 11/29/1995 | 743.42 | 149.69 | 31.06% | 277.40 |
|  |  |  | 743.42 | 149.69 |  | $277.40 |
|  |  |  |  |  |  |  |
| 6P3038NASA | 655648 | 04/04/1996 | 327.60 | 0.00 | 31.06% | 101.75 |
|  |  |  | 327.60 | 0.00 |  | $101.75 |
|  |  |  |  |  |  |  |
| 6P3039NASA | 71108 | 04/04/1996 | 105.60 | 0.00 | 31.06% | 32.80 |
|  |  | 06/07/1996 | 105.60 | 0.00 | 31.06% | 32.80 |
|  |  |  | 211.20 | 0.00 |  | $65.60 |
|  |  |  |  |  |  |  |
| DW14425801 | 13313838 | 08/31/1996 | 18.12 | 0.00 | 31.06% | 5.63 |
|  |  |  | 18.12 | 0.00 |  | $5.63 |

| | Site Amount | Annual/SMO Allocation Costs | Indirect Costs |
|---|---|---|---|
| Total Fiscal Year 1996 Other Direct Costs: | 2,870.34 | 149.69 | $938.02 |
| Total Fiscal Year 1996: | 13,393.34 | | $4,159.93 |

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| HENDERSHOT, MICHAEL | 1997 | 02 | 75.58 | 35.73% | 27.00 |
|  |  | 03 | 434.59 | 35.73% | 155.28 |
|  |  |  | 510.17 |  | $182.28 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| ISALES, LYDIA S. | 1997 | 04 | 63.74 | 35.73% | 22.77 |
| | | | 63.74 | | $22.77 |
| | | | | | |
| KELLY, DARLENE F. | 1997 | 08 | 100.96 | 35.73% | 36.07 |
| | | 09 | 86.54 | 35.73% | 30.92 |
| | | | 187.50 | | $66.99 |
| | | | | | |
| LUDZIA, PETER J. | 1997 | 03 | 77.91 | 35.73% | 27.84 |
| | | 05 | 44.51 | 35.73% | 15.90 |
| | | | 122.42 | | $43.74 |
| | | | | | |
| MCCRAY, PAMELA F. | 1997 | 04 | 16.55 | 35.73% | 5.91 |
| | | 05 | 132.32 | 35.73% | 47.28 |
| | | | 148.87 | | $53.19 |
| | | | | | |
| WINGERT, EUGENE P. | 1997 | 10 | 115.83 | 35.73% | 41.39 |
| | | 11 | 308.87 | 35.73% | 110.36 |
| | | 12 | 193.05 | 35.73% | 68.98 |
| | | 13 | 38.62 | 35.73% | 13.80 |
| | | 17 | 38.62 | 35.73% | 13.80 |
| | | 21 | 38.62 | 35.73% | 13.80 |
| | | 22 | 38.62 | 35.73% | 13.80 |
| | | 25 | 77.21 | 35.73% | 27.59 |
| | | 26 | 193.05 | 35.73% | 68.98 |
| | | 27 | 77.21 | 35.73% | 27.59 |
| | | | 1,119.70 | | $400.09 |
| | | | | | |
| WISE, NEIL | 1997 | 03 | 50.19 | 35.73% | 17.93 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| WISE, NEIL | 1997 | 05 | 50.19 | 35.73% | 17.93 |
| | | | 100.38 | | $35.86 |
| | | | | | |
| Total Fiscal Year 1997 Payroll Direct Costs: | | | 2,252.78 | | $804.92 |

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 356701 | 516000279C1 | 05/09/1997 | 1,425.00 | 0.00 | 35.73% | 509.15 |
| | | 06/25/1997 | 4,227.00 | 0.00 | 35.73% | 1,510.31 |
| | | | 5,652.00 | 0.00 | | $2,019.46 |
| | | | | | | |
| 68-S5-3002 | 32 | 05/15/1997 | 2,371.61 | 995.07 | 35.73% | 1,202.91 |
| | 34 | 06/11/1997 | 792.63 | 332.57 | 35.73% | 402.03 |
| | 36 | 07/09/1997 | 213.43 | 89.55 | 35.73% | 108.25 |
| | 38 | 08/22/1997 | 37.72 | 15.83 | 35.73% | 19.13 |
| | 40 | 09/11/1997 | 73.07 | 30.66 | 35.73% | 37.06 |
| | | | 3,488.46 | 1,463.68 | | $1,769.38 |
| | | | | | | |
| 68-W9-0005 | 93COMPR | 04/04/1997 | 83.81 | 16.88 | 35.73% | 35.98 |
| | | | 83.81 | 16.88 | | $35.98 |