## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

## OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| DW15796801 | 04803713 | 09/30/1997 | 2,092.23 | 0.00 | 35.73% | 747.55 |
| | | | 2,092.23 | 0.00 | | $747.55 |
| | | | | | | |
| Total Fiscal Year 1997 Other Direct Costs: | | | 11,316.50 | 1,480.56 | | $4,572.37 |
| | Total Fiscal Year 1997: | | 15,049.84 | | | $5,377.29 |

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| ARNOLD, DARIA D. | 1998 | 17 | 30.68 | 36.16% | 11.09 |
| | | | 30.68 | | $11.09 |
| | | | | | |
| FISH, RUSSELL H. | 1998 | 08 | 81.33 | 36.16% | 29.41 |
| | | 12 | 162.66 | 36.16% | 58.82 |
| | | 15 | 244.01 | 36.16% | 88.23 |
| | | 17 | 244.01 | 36.16% | 88.23 |
| | | | 121.98 | 36.16% | 44.11 |
| | | 18 | 122.00 | 36.16% | 44.12 |
| | | 21 | 691.34 | 36.16% | 249.99 |
| | | | 40.67 | 36.16% | 14.71 |
| | | 22 | 122.00 | 36.16% | 44.12 |
| | | 23 | 244.01 | 36.16% | 88.23 |
| | | 25 | 406.67 | 36.16% | 147.05 |
| | | | 2,480.68 | | $897.02 |
| | | | | | |
| IACOBONE, ANTHONY | 1998 | 22 | 77.86 | 36.16% | 28.15 |
| | | | 77.86 | | $28.15 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| KELLY, DARLENE F. | 1998 | 15 | 81.09 | 36.16% | 29.32 |
| | | | 81.09 | | $29.32 |
| | | | | | |
| LUDZIA, PETER J. | 1998 | 21 | 25.24 | 36.16% | 9.13 |
| | | 23 | 75.69 | 36.16% | 27.37 |
| | | 25 | 100.91 | 36.16% | 36.49 |
| | | | 201.84 | | $72.99 |
| | | | | | |
| NEWMAN, ERIC | 1998 | 19 | 43.64 | 36.16% | 15.78 |
| | | 22 | 43.64 | 36.16% | 15.78 |
| | | 23 | 283.61 | 36.16% | 102.55 |
| | | 25 | 109.09 | 36.16% | 39.45 |
| | | | 479.98 | | $173.56 |
| | | | | | |
| WILLIAMS, JACQUELINE R. | 1998 | 22 | 20.47 | 36.16% | 7.40 |
| | | | 20.47 | | $7.40 |
| | | | | | |
| Total Fiscal Year 1998 Payroll Direct Costs: | | | 3,372.60 | | $1,219.53 |

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| FISH, RUSSELL H. | T6320366 | 08/24/1998 | 44.00 | 36.16% | 15.91 |
| | | | 44.00 | | $15.91 |
| | | | | | |
| Total Fiscal Year 1998 Travel Direct Costs: | | | 44.00 | | $15.91 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-S5-3002 | 41 | 10/17/1997 | 32.22 | 13.52 | 36.16% | 16.54 |
| | 42 | 11/17/1997 | 1,365.00 | 572.72 | 36.16% | 700.68 |
| | | | 1,615.98 | 678.03 | 36.16% | 829.51 |
| | 43 | 12/17/1997 | 1,218.99 | 511.46 | 36.16% | 625.73 |
| | 44 | 01/16/1998 | 676.06 | 283.66 | 36.16% | 347.03 |
| | 45 | 02/18/1998 | 944.53 | 396.30 | 36.16% | 484.84 |
| | | | 1,099.80 | 461.45 | 36.16% | 564.55 |
| | 46 | 03/17/1998 | 46.02 | 19.31 | 36.16% | 23.62 |
| | 59 | 08/17/1998 | 23.81 | 9.99 | 36.16% | 12.22 |
| | 60 | 09/17/1998 | 1,366.71 | 573.44 | 36.16% | 701.56 |
| | | | 8,389.12 | 3,519.88 | | $4,306.28 |
| | | | | | | |
| DW15796801 | 04803712 | 09/30/1998 | 462.35 | 0.00 | 36.16% | 167.19 |
| | | | 462.35 | 0.00 | | $167.19 |

Total Fiscal Year 1998 Other Direct Costs:                8,851.47        3,519.88                $4,473.47

Total Fiscal Year 1998:                          15,787.95                    $5,708.91

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AJL, DIANE F. | 1999 | 09 | 96.89 | 29.17% | 28.26 |
| | | 11 | 169.57 | 29.17% | 49.46 |
| | | 12 | 314.92 | 29.17% | 91.86 |
| | | 17 | 96.88 | 29.17% | 28.26 |
| | | 22 | 96.88 | 29.17% | 28.26 |
| | | | 775.14 | | $226.10 |
| | | | | | |
| ARNOLD, DARIA D. | 1999 | 08 | 16.45 | 29.17% | 4.80 |

EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| ARNOLD, DARIA D. | 1999 | 14 | 49.34 | 29.17% | 14.39 |
|  |  | 15 | 16.45 | 29.17% | 4.80 |
|  |  |  | 82.24 |  | $23.99 |
|  |  |  |  |  |  |
| BURGOS, HILDA | 1999 | 08 | 30.58 | 29.17% | 8.92 |
|  |  | 11 | 42.13 | 29.17% | 12.29 |
|  |  | 12 | 73.72 | 29.17% | 21.50 |
|  |  | 13 | 63.18 | 29.17% | 18.43 |
|  |  | 14 | 63.18 | 29.17% | 18.43 |
|  |  |  | 272.79 |  | $79.57 |
|  |  |  |  |  |  |
| DELEON-RAMOS, MILAGROS | 1999 | 11 | 1,154.32 | 29.17% | 336.72 |
|  |  | 12 | 65.96 | 29.17% | 19.24 |
|  |  | 14 | 362.78 | 29.17% | 105.82 |
|  |  |  | 1,583.06 |  | $461.78 |
|  |  |  |  |  |  |
| EARLY, WILLIAM C. | 1999 | 12 | 68.04 | 29.17% | 19.85 |
|  |  | 17 | 40.85 | 29.17% | 11.92 |
|  |  |  | 108.89 |  | $31.77 |
|  |  |  |  |  |  |
| HAMILTON, YVETTE D. | 1999 | 16 | 273.67 | 29.17% | 79.83 |
|  |  | 17 | 592.97 | 29.17% | 172.97 |
|  |  | 18 | 182.44 | 29.17% | 53.22 |
|  |  |  | 228.06 | 29.17% | 66.53 |
|  |  | 19 | 68.40 | 29.17% | 19.95 |
|  |  |  | 182.44 | 29.17% | 53.22 |
|  |  | 20 | 273.67 | 29.17% | 79.83 |
|  |  |  | 91.22 | 29.17% | 26.61 |
|  |  | 21 | 136.83 | 29.17% | 39.91 |
|  |  | 22 | 684.16 | 29.17% | 199.57 |
|  |  | 23 | 866.61 | 29.17% | 252.79 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| HAMILTON, YVETTE D. | 1999 | 24 | 136.83 | 29.17% | 39.91 |
|  |  | 25 | 45.61 | 29.17% | 13.30 |
|  |  |  | 3,762.91 |  | $1,097.64 |
|  |  |  |  |  |  |
| HENDERSHOT, MICHAEL | 1999 | 04 | 220.31 | 29.17% | 64.26 |
|  |  | 05 | 84.28 | 29.17% | 24.58 |
|  |  | 08 | 182.98 | 29.17% | 53.38 |
|  |  | 10 | 709.05 | 29.17% | 206.83 |
|  |  | 11 | 2,378.74 | 29.17% | 693.88 |
|  |  | 12 | 3,087.78 | 29.17% | 900.71 |
|  |  | 13 | 251.60 | 29.17% | 73.39 |
|  |  | 14 | 68.60 | 29.17% | 20.01 |
|  |  | 15 | 114.36 | 29.17% | 33.36 |
|  |  | 16 | 23.55 | 29.17% | 6.87 |
|  |  | 17 | 70.65 | 29.17% | 20.61 |
|  |  | 19 | 23.56 | 29.17% | 6.87 |
|  |  |  | 7,215.46 |  | $2,104.75 |
|  |  |  |  |  |  |
| HODGKISS, KATHRYN A. | 1999 | 11 | 55.71 | 29.17% | 16.25 |
|  |  | 17 | 55.71 | 29.17% | 16.25 |
|  |  |  | 111.42 |  | $32.50 |
|  |  |  |  |  |  |
| IACOBONE, ANTHONY | 1999 | 03 | 141.82 | 29.17% | 41.37 |
|  |  | 04 | 70.90 | 29.17% | 20.68 |
|  |  | 05 | 124.10 | 29.17% | 36.20 |
|  |  | 06 | 620.52 | 29.17% | 181.01 |
|  |  | 07 | 263.71 | 29.17% | 76.92 |
|  |  | 08 | 49.98 | 29.17% | 14.58 |
|  |  | 09 | 99.97 | 29.17% | 29.16 |
|  |  | 10 | 83.31 | 29.17% | 24.30 |
|  |  | 11 | 367.97 | 29.17% | 107.34 |
|  |  | 12 | 699.83 | 29.17% | 204.14 |

EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| IACOBONE, ANTHONY | 1999 | 17 | 163.52 | 29.17% | 47.70 |
| | | 18 | 327.01 | 29.17% | 95.39 |
| | | 19 | 286.18 | 29.17% | 83.48 |
| | | 20 | 40.89 | 29.17% | 11.93 |
| | | 22 | 40.89 | 29.17% | 11.93 |
| | | 23 | 91.99 | 29.17% | 26.83 |
| | | 24 | 20.43 | 29.17% | 5.96 |
| | | | 3,493.02 | | $1,018.92 |
| | | | | | |
| ISALES, LYDIA S. | 1999 | 11 | 81.52 | 29.17% | 23.78 |
| | | | 81.52 | | $23.78 |
| | | | | | |
| JANSON, LAURA | 1999 | 11 | 50.91 | 29.17% | 14.85 |
| | | 12 | 52.26 | 29.17% | 15.24 |
| | | 17 | 26.14 | 29.17% | 7.63 |
| | | 22 | 104.54 | 29.17% | 30.49 |
| | | 23 | 104.54 | 29.17% | 30.49 |
| | | | 338.39 | | $98.70 |
| | | | | | |
| KELLY, DARLENE F. | 1999 | 08 | 348.44 | 29.17% | 101.64 |
| | | 11 | 1,079.35 | 29.17% | 314.85 |
| | | 12 | 1,079.35 | 29.17% | 314.85 |
| | | 13 | 244.29 | 29.17% | 71.26 |
| | | 14 | 109.21 | 29.17% | 31.86 |
| | | 15 | 259.86 | 29.17% | 75.80 |
| | | 17 | 215.03 | 29.17% | 62.72 |
| | | 20 | 143.35 | 29.17% | 41.82 |
| | | 21 | 288.55 | 29.17% | 84.17 |
| | | 22 | 418.09 | 29.17% | 121.96 |
| | | 23 | 179.20 | 29.17% | 52.27 |
| | | 24 | 412.15 | 29.17% | 120.22 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| KELLY, DARLENE F. | 1999 | 26 | 268.99 | 29.17% | 78.46 |
|  |  |  | 5,045.86 |  | $1,471.88 |
|  |  |  |  |  |  |
| KUCZYNSKI, VERONICA | 1999 | 24 | 41.00 | 29.17% | 11.96 |
|  |  | 25 | 41.00 | 29.17% | 11.96 |
|  |  | 26 | 32.79 | 29.17% | 9.56 |
|  |  | 27 | 8.21 | 29.17% | 2.39 |
|  |  |  | 123.00 |  | $35.87 |
|  |  |  |  |  |  |
| MCCRAY, PAMELA F. | 1999 | 12 | 523.31 | 29.17% | 152.65 |
|  |  | 13 | 37.38 | 29.17% | 10.90 |
|  |  | 17 | 18.67 | 29.17% | 5.45 |
|  |  |  | 579.36 |  | $169.00 |
|  |  |  |  |  |  |
| MELLON, MATTHEW T. | 1999 | 01 | 393.44 | 29.17% | 114.77 |
|  |  | 04 | 61.25 | 29.17% | 17.87 |
|  |  | 06 | 204.16 | 29.17% | 59.55 |
|  |  | 07 | 142.92 | 29.17% | 41.69 |
|  |  | 08 | 21.21 | 29.17% | 6.19 |
|  |  | 09 | 243.81 | 29.17% | 71.12 |
|  |  | 10 | 127.23 | 29.17% | 37.11 |
|  |  | 11 | 614.85 | 29.17% | 179.35 |
|  |  | 12 | 212.04 | 29.17% | 61.85 |
|  |  | 13 | 148.40 | 29.17% | 43.29 |
|  |  | 14 | 63.61 | 29.17% | 18.56 |
|  |  | 15 | 42.40 | 29.17% | 12.37 |
|  |  | 19 | 84.80 | 29.17% | 24.74 |
|  |  | 20 | 21.21 | 29.17% | 6.19 |
|  |  | 21 | 42.73 | 29.17% | 12.46 |
|  |  | 22 | 220.60 | 29.17% | 64.35 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| MELLON, MATTHEW T. | 1999 | 23 | 176.48 | 29.17% | 51.48 |
| | | | 2,821.14 | | $822.94 |
| | | | | | |
| MORTON, GARY W. | 1999 | 11 | 191.31 | 29.17% | 55.81 |
| | | 12 | 191.31 | 29.17% | 55.81 |
| | | 13 | 223.21 | 29.17% | 65.11 |
| | | 14 | 223.20 | 29.17% | 65.11 |
| | | 15 | 223.18 | 29.17% | 65.10 |
| | | 16 | 63.77 | 29.17% | 18.60 |
| | | 22 | 165.20 | 29.17% | 48.19 |
| | | 23 | 264.32 | 29.17% | 77.10 |
| | | | 1,545.50 | | $450.83 |
| | | | | | |
| OPONIK, DENISE F. | 1999 | 24 | 247.59 | 29.17% | 72.22 |
| | | | 247.59 | | $72.22 |
| | | | | | |
| PANDZA, STEVEN X. | 1999 | 06 | 38.29 | 29.17% | 11.17 |
| | | 07 | 76.57 | 29.17% | 22.34 |
| | | 08 | 109.62 | 29.17% | 31.98 |
| | | | 224.48 | | $65.49 |
| | | | | | |
| PRISK, CARLYN | 1999 | 09 | 562.24 | 29.17% | 164.01 |
| | | 11 | 170.39 | 29.17% | 49.70 |
| | | 12 | 596.30 | 29.17% | 173.94 |
| | | 23 | 5.69 | 29.17% | 1.66 |
| | | 24 | 62.47 | 29.17% | 18.22 |
| | | 25 | 22.71 | 29.17% | 6.62 |
| | | 26 | 5.69 | 29.17% | 1.66 |
| | | | 1,425.49 | | $415.81 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| TERRY, RAMONA E. | 1999 | 07 | 64.92 | 29.17% | 18.94 |
|  |  | 08 | 764.54 | 29.17% | 223.02 |
|  |  |  | 829.46 |  | $241.96 |
|  |  |  |  |  |  |
| WATERS, HATTIE M. | 1999 | 12 | 12.19 | 29.17% | 3.56 |
|  |  |  | 12.19 |  | $3.56 |
|  |  |  |  |  |  |
| WILLIAMS, JAMES A. | 1999 | 06 | 261.57 | 29.17% | 76.30 |
|  |  | 07 | 74.73 | 29.17% | 21.80 |
|  |  | 08 | 116.40 | 29.17% | 33.95 |
|  |  | 09 | 38.81 | 29.17% | 11.32 |
|  |  | 11 | 271.57 | 29.17% | 79.22 |
|  |  | 12 | 155.19 | 29.17% | 45.27 |
|  |  | 18 | 193.93 | 29.17% | 56.57 |
|  |  | 23 | 232.76 | 29.17% | 67.90 |
|  |  |  | 1,344.96 |  | $392.33 |
|  |  |  |  |  |  |
| WISE, NEIL | 1999 | 08 | 27.85 | 29.17% | 8.12 |
|  |  | 11 | 55.70 | 29.17% | 16.25 |
|  |  | 18 | 27.85 | 29.17% | 8.12 |
|  |  |  | 111.40 |  | $32.49 |
|  |  |  |  |  |  |
| YATES, HAROLD | 1999 | 14 | 86.81 | 29.17% | 25.32 |
|  |  | 15 | 43.39 | 29.17% | 12.66 |
|  |  |  | 130.20 |  | $37.98 |
|  |  |  |  |  |  |
| Total Fiscal Year 1999 Payroll Direct Costs: |  |  | 32,265.47 |  | $9,411.86 |

EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-01-6520 | LTR RPT | 01/11/1999 | 204.60 | 110.45 | 29.17% | 91.90 |
| | | | 204.60 | 110.45 | | $91.90 |
| | | | | | | |
| 68-S5-3002 | 62 | 10/16/1998 | 591.93 | 248.36 | 29.17% | 245.11 |
| | 63 | 11/18/1998 | 23.81 | 9.99 | 29.17% | 9.86 |
| | | | 840.00 | 352.44 | 29.17% | 347.83 |
| | 65 | 01/13/1999 | 190.48 | 79.92 | 29.17% | 78.88 |
| | 66 | 02/18/1999 | 123.97 | 52.01 | 29.17% | 51.33 |
| | 68 | 03/22/1999 | 1,129.00 | 473.70 | 29.17% | 467.51 |
| | 70 | 04/13/1999 | 447.58 | 187.79 | 29.17% | 185.34 |
| | 72 | 05/13/1999 | 171.41 | 71.92 | 29.17% | 70.98 |
| | 76 | 07/13/1999 | 262.96 | 110.33 | 29.17% | 108.89 |
| | 78 | 08/16/1999 | 21.00 | 8.81 | 29.17% | 8.70 |
| | | | 3,802.14 | 1,595.27 | | $1,574.43 |
| | | | | | | |
| DW15796801B | 04813638 | 06/30/1999 | 223.71 | 0.00 | 29.17% | 65.26 |
| | 04814195 | 07/31/1999 | 1,141.02 | 0.00 | 29.17% | 332.84 |
| | 279912867 | 09/21/1999 | 820.50 | 0.00 | 29.17% | 239.34 |
| | | | 2,185.23 | 0.00 | | $637.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Fiscal Year 1999 Other Direct Costs: | | | 6,191.97 | 1,705.72 | | $2,303.77 |
| Total Fiscal Year 1999: | | | 40,163.16 | | | $11,715.63 |

Report Date: 12/22/2003

EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| FRANKENTHALER, DOUGLAS | 2000 | 24 | 207.04 | 43.35% | 89.75 |
| | | | 207.04 | | $89.75 |
| | | | | | |
| HAMILTON, YVETTE D. | 2000 | 03 | 91.22 | 43.35% | 39.54 |
| | | | 91.22 | 43.35% | 39.54 |
| | | 06 | 43.75 | 43.35% | 18.97 |
| | | 07 | 91.21 | 43.35% | 39.54 |
| | | | 136.84 | 43.35% | 59.32 |
| | | 09 | 191.48 | 43.35% | 83.01 |
| | | 10 | 95.74 | 43.35% | 41.50 |
| | | 11 | 239.36 | 43.35% | 103.76 |
| | | | 980.82 | | $425.18 |
| | | | | | |
| IACOBONE, ANTHONY | 2000 | 02 | 20.43 | 43.35% | 8.86 |
| | | | 20.43 | | $8.86 |
| | | | | | |
| IOVEN, DAWN A. | 2000 | 04 | 45.74 | 43.35% | 19.83 |
| | | | 45.74 | | $19.83 |
| | | | | | |
| KELLY, DARLENE F. | 2000 | 02 | 44.81 | 43.35% | 19.43 |
| | | 04 | 143.35 | 43.35% | 62.14 |
| | | 05 | 340.48 | 43.35% | 147.60 |
| | | 06 | 465.89 | 43.35% | 201.96 |
| | | 07 | 385.26 | 43.35% | 167.01 |
| | | 08 | 37.72 | 43.35% | 16.35 |
| | | 11 | 75.45 | 43.35% | 32.71 |
| | | 12 | 254.61 | 43.35% | 110.37 |
| | | 13 | 264.03 | 43.35% | 114.46 |
| | | 14 | 56.58 | 43.35% | 24.53 |
| | | 15 | 207.45 | 43.35% | 89.93 |
| | | 19 | 452.62 | 43.35% | 196.21 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| KELLY, DARLENE F. | 2000 | 23 | 37.72 | 43.35% | 16.35 |
| | | 24 | 584.64 | 43.35% | 253.44 |
| | | 25 | 57.17 | 43.35% | 24.78 |
| | | 26 | 320.56 | 43.35% | 138.96 |
| | | | 3,728.34 | | $1,616.23 |
| KUCZYNSKI, VERONICA | 2000 | 24 | 8.85 | 43.35% | 3.84 |
| | | 26 | 35.39 | 43.35% | 15.34 |
| | | | 44.24 | | $19.18 |
| MELLON, MATTHEW T. | 2000 | 02 | 110.29 | 43.35% | 47.81 |
| | | 03 | 22.07 | 43.35% | 9.57 |
| | | 04 | 182.52 | 43.35% | 79.12 |
| | | 05 | 273.78 | 43.35% | 118.68 |
| | | 06 | 159.70 | 43.35% | 69.23 |
| | | 19 | 48.07 | 43.35% | 20.84 |
| | | 21 | 48.07 | 43.35% | 20.84 |
| | | 22 | 24.03 | 43.35% | 10.42 |
| | | 23 | 96.13 | 43.35% | 41.67 |
| | | | 964.66 | | $418.18 |
| OPONIK, DENISE F. | 2000 | 06 | 38.08 | 43.35% | 16.51 |
| | | 12 | 199.96 | 43.35% | 86.68 |
| | | | 238.04 | | $103.19 |
| PANDZA, STEVEN X. | 2000 | 06 | 122.66 | 43.35% | 53.17 |
| | | | 122.66 | | $53.17 |
| Total Fiscal Year 2000 Payroll Direct Costs: | | | 6,351.97 | | $2,753.57 |

EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-S5-3002 | 88 | 10/19/1999 | 33.87 | 14.21 | 43.35% | 20.84 |
| | | | 840.00 | 352.44 | 43.35% | 516.92 |
| | | | 873.87 | 366.65 | | $537.76 |
| | | | | | | |
| DW15796801B | 04816416 | 11/30/1999 | 481.88 | 0.00 | 43.35% | 208.89 |
| | 04816484 | 11/30/1999 | 760.67 | 0.00 | 43.35% | 329.75 |
| | 04816415 | 11/30/1999 | 679.53 | 0.00 | 43.35% | 294.58 |
| | 04819821 | 06/30/2000 | -2.43 | 0.00 | 43.35% | -1.05 |
| | 04821669 | 09/30/2000 | 136.09 | 0.00 | 43.35% | 59.00 |
| | | | 2,055.74 | 0.00 | | $891.17 |
| | | | | | | |
| DW15796801C | 04819820 | 06/30/2000 | 149.35 | 0.00 | 43.35% | 64.74 |
| | 04819825 | 06/30/2000 | 261.86 | 0.00 | 43.35% | 113.52 |
| | 04819815 | 06/30/2000 | 10.34 | 0.00 | 43.35% | 4.48 |
| | 04819824 | 06/30/2000 | 68.26 | 0.00 | 43.35% | 29.59 |
| | 04821670 | 09/30/2000 | 1,696.30 | 0.00 | 43.35% | 735.35 |
| | 04821671 | 09/30/2000 | 283.96 | 0.00 | 43.35% | 123.10 |
| | | | 2,470.07 | 0.00 | | $1,070.78 |
| | | | | | | |
| Total Fiscal Year 2000 Other Direct Costs: | | | 5,399.68 | 366.65 | | $2,499.71 |
| | | | | | | |
| Total Fiscal Year 2000: | | | 12,118.30 | | | $5,253.28 |

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AJL, DIANE F. | 2001 | 04 | 26.17 | 55.07% | 14.41 |
| | | 09 | 54.39 | 55.07% | 29.95 |
| | | 16 | 135.97 | 55.07% | 74.88 |
| | | 25 | 27.20 | 55.07% | 14.98 |

EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AJL, DIANE F. | 2001 | 26 | 108.90 | 55.07% | 59.97 |
| | | 27 | 108.78 | 55.07% | 59.91 |
| | | | 461.41 | | $254.10 |
| | | | | | |
| ARNOLD, DARIA D. | 2001 | 14 | 27.84 | 55.07% | 15.33 |
| | | | 27.84 | | $15.33 |
| | | | | | |
| CINTRON-SILVA, MARIA I. | 2001 | 11 | 12.54 | 55.07% | 6.91 |
| | | 12 | 50.11 | 55.07% | 27.60 |
| | | 13 | 12.53 | 55.07% | 6.90 |
| | | | 75.18 | | $41.41 |
| | | | | | |
| DONOVAN, JOSEPH J.C. | 2001 | 15 | 28.50 | 55.07% | 15.69 |
| | | 16 | 14.28 | 55.07% | 7.86 |
| | | 19 | 14.26 | 55.07% | 7.85 |
| | | | 57.04 | | $31.40 |
| | | | | | |
| FRANKENTHALER, DOUGLAS | 2001 | 02 | 70.94 | 55.07% | 39.07 |
| | | 03 | 368.94 | 55.07% | 203.18 |
| | | 04 | 570.19 | 55.07% | 314.00 |
| | | 09 | 67.94 | 55.07% | 37.41 |
| | | 11 | 169.83 | 55.07% | 93.53 |
| | | 12 | 373.62 | 55.07% | 205.75 |
| | | 13 | 135.87 | 55.07% | 74.82 |
| | | 14 | 305.68 | 55.07% | 168.34 |
| | | 15 | 237.75 | 55.07% | 130.93 |
| | | | 2,300.76 | | $1,267.03 |
| | | | | | |
| HAMILTON, YVETTE D. | 2001 | 09 | 148.76 | 55.07% | 81.92 |
| | | | 297.53 | 55.07% | 163.85 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| HAMILTON, YVETTE D. | 2001 | 10 | 396.72 | 55.07% | 218.47 |
| | | 11 | 148.76 | 55.07% | 81.92 |
| | | 12 | 99.28 | 55.07% | 54.67 |
| | | 16 | 408.52 | 55.07% | 224.97 |
| | | 17 | 255.32 | 55.07% | 140.60 |
| | | 22 | 153.19 | 55.07% | 84.36 |
| | | | 102.13 | 55.07% | 56.24 |
| | | 23 | 255.32 | 55.07% | 140.60 |
| | | | 51.05 | 55.07% | 28.11 |
| | | 24 | 51.05 | 55.07% | 28.11 |
| | | | 102.12 | 55.07% | 56.24 |
| | | 25 | 51.05 | 55.07% | 28.11 |
| | | 26 | 1,940.42 | 55.07% | 1,068.59 |
| | | 27 | 51.05 | 55.07% | 28.11 |
| | | | 204.25 | 55.07% | 112.48 |
| | | | 4,716.52 | | $2,597.35 |
| | | | | | |
| HENDERSHOT, MICHAEL | 2001 | 04 | 24.71 | 55.07% | 13.61 |
| | | 09 | 82.60 | 55.07% | 45.49 |
| | | 26 | 132.24 | 55.07% | 72.82 |
| | | | 239.55 | | $131.92 |
| | | | | | |
| JANSON, LAURA | 2001 | 09 | 43.04 | 55.07% | 23.70 |
| | | 16 | 28.53 | 55.07% | 15.71 |
| | | | 71.57 | | $39.41 |
| | | | | | |
| KELLY, DARLENE F. | 2001 | 01 | 282.90 | 55.07% | 155.79 |
| | | 02 | 499.45 | 55.07% | 275.05 |
| | | 03 | 395.80 | 55.07% | 217.97 |
| | | 04 | 339.25 | 55.07% | 186.82 |
| | | 09 | 363.94 | 55.07% | 200.42 |
| | | 10 | 222.41 | 55.07% | 122.48 |

EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| KELLY, DARLENE F. | 2001 | 12 | 323.50 | 55.07% | 178.15 |
| | | 13 | 101.10 | 55.07% | 55.68 |
| | | 14 | 161.75 | 55.07% | 89.08 |
| | | | 262.85 | 55.07% | 144.75 |
| | | 15 | 81.49 | 55.07% | 44.88 |
| | | 24 | 80.88 | 55.07% | 44.54 |
| | | 26 | 101.10 | 55.07% | 55.68 |
| | | | 3,216.42 | | $1,771.29 |
| | | | | | |
| MELLON, MATTHEW T. | 2001 | 03 | 48.02 | 55.07% | 26.44 |
| | | 04 | 24.02 | 55.07% | 13.23 |
| | | 09 | 82.14 | 55.07% | 45.23 |
| | | 10 | 355.93 | 55.07% | 196.01 |
| | | 13 | 27.39 | 55.07% | 15.08 |
| | | 16 | 27.39 | 55.07% | 15.08 |
| | | 17 | 136.90 | 55.07% | 75.39 |
| | | 18 | 109.51 | 55.07% | 60.31 |
| | | 25 | 27.39 | 55.07% | 15.08 |
| | | | 838.69 | | $461.85 |
| | | | | | |
| MULLIN, LEO J. | 2001 | 12 | 86.98 | 55.07% | 47.90 |
| | | | 86.98 | | $47.90 |
| | | | | | |
| WISE, NEIL | 2001 | 16 | 61.67 | 55.07% | 33.96 |
| | | 26 | 92.51 | 55.07% | 50.95 |
| | | 27 | 61.67 | 55.07% | 33.96 |
| | | | 215.85 | | $118.87 |
| | | | | | |
| Total Fiscal Year 2001 Payroll Direct Costs: | | | 12,307.81 | | $6,777.86 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

## OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| DW15796801C | 04823018 | 01/31/2001 | 3,352.55 | 0.00 | 55.07% | 1,846.25 |
| | 04823017 | 01/31/2001 | 1,456.78 | 0.00 | 55.07% | 802.25 |
| | 04823444 | 01/31/2001 | 1,124.09 | 0.00 | 55.07% | 619.04 |
| | 04823722 | 02/28/2001 | 274.31 | 0.00 | 55.07% | 151.06 |
| | 04826620 | 08/31/2001 | 12.93 | 0.00 | 55.07% | 7.12 |
| | | | 6,220.66 | 0.00 | | $3,425.72 |
| DW15796801D | 04823728 | 02/28/2001 | 1,027.08 | 0.00 | 55.07% | 565.61 |
| | 04824714 | 03/31/2001 | 240.25 | 0.00 | 55.07% | 132.31 |
| | 04824857 | 03/31/2001 | 254.02 | 0.00 | 55.07% | 139.89 |
| | 04825961 | 06/30/2001 | 3,133.33 | 0.00 | 55.07% | 1,725.52 |
| | 04825960 | 06/30/2001 | 760.02 | 0.00 | 55.07% | 418.54 |
| | 04826611 | 08/31/2001 | 445.18 | 0.00 | 55.07% | 245.16 |
| | 04826612 | 08/31/2001 | 96.13 | 0.00 | 55.07% | 52.94 |
| | 04828009 | 09/30/2001 | 2,579.65 | 0.00 | 55.07% | 1,420.61 |
| | | | 8,535.66 | 0.00 | | $4,700.58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Fiscal Year 2001 Other Direct Costs: | | | 14,756.32 | 0.00 | | $8,126.30 |
| Total Fiscal Year 2001: | | | 27,064.13 | | | $14,904.16 |

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AJL, DIANE F. | 2002 | 01 | 217.55 | 55.07% | 119.80 |
| | | 02 | 54.39 | 55.07% | 29.95 |
| | | 04 | 163.17 | 55.07% | 89.86 |
| | | 05 | 27.19 | 55.07% | 14.97 |
| | | 06 | 27.19 | 55.07% | 14.97 |
| | | 07 | 27.20 | 55.07% | 14.98 |
| | | 13 | 114.03 | 55.07% | 62.80 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AJL, DIANE F. | 2002 | 14 | 28.55 | 55.07% | 15.72 |
| | | 15 | 171.03 | 55.07% | 94.19 |
| | | 17 | 57.01 | 55.07% | 31.40 |
| | | 18 | 28.50 | 55.07% | 15.69 |
| | | 19 | 57.04 | 55.07% | 31.41 |
| | | 20 | 142.54 | 55.07% | 78.50 |
| | | 21 | 28.51 | 55.07% | 15.70 |
| | | 22 | 28.51 | 55.07% | 15.70 |
| | | 23 | 285.06 | 55.07% | 156.98 |
| | | 27 | 57.01 | 55.07% | 31.40 |
| | | | 1,514.48 | | $834.02 |
| | | | | | |
| HAMILTON, YVETTE D. | 2002 | 01 | 102.13 | 55.07% | 56.24 |
| | | | 459.57 | 55.07% | 253.09 |
| | | 02 | 51.05 | 55.07% | 28.11 |
| | | | 612.77 | 55.07% | 337.45 |
| | | 03 | 510.63 | 55.07% | 281.20 |
| | | 04 | 868.09 | 55.07% | 478.06 |
| | | | 204.25 | 55.07% | 112.48 |
| | | 05 | 816.77 | 55.07% | 449.80 |
| | | | 153.14 | 55.07% | 84.33 |
| | | 06 | 291.34 | 55.07% | 160.44 |
| | | 08 | 102.13 | 55.07% | 56.24 |
| | | 09 | 215.57 | 55.07% | 118.71 |
| | | 10 | 188.64 | 55.07% | 103.88 |
| | | 11 | 269.46 | 55.07% | 148.39 |
| | | 12 | 53.90 | 55.07% | 29.68 |
| | | | 161.69 | 55.07% | 89.04 |
| | | 13 | 862.31 | 55.07% | 474.87 |
| | | | 485.05 | 55.07% | 267.12 |
| | | 14 | 323.36 | 55.07% | 178.07 |
| | | | 646.74 | 55.07% | 356.16 |
| | | 15 | 431.17 | 55.07% | 237.45 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| HAMILTON, YVETTE D. | 2002 | 15 | 592.85 | 55.07% | 326.48 |
| | | 16 | 646.74 | 55.07% | 356.16 |
| | | | 700.63 | 55.07% | 385.84 |
| | | 17 | 916.21 | 55.07% | 504.56 |
| | | | 323.37 | 55.07% | 178.08 |
| | | 18 | 166.21 | 55.07% | 91.53 |
| | | | 609.42 | 55.07% | 335.61 |
| | | 19 | 332.41 | 55.07% | 183.06 |
| | | | 886.43 | 55.07% | 488.16 |
| | | 20 | 221.61 | 55.07% | 122.04 |
| | | | 1,883.67 | 55.07% | 1,037.34 |
| | | 21 | 1,163.45 | 55.07% | 640.71 |
| | | 22 | 166.21 | 55.07% | 91.53 |
| | | | 720.22 | 55.07% | 396.63 |
| | | | 166.21 | 55.07% | 91.53 |
| | | 23 | 110.81 | 55.07% | 61.02 |
| | | | 554.14 | 55.07% | 305.16 |
| | | 24 | 387.81 | 55.07% | 213.57 |
| | | | 55.40 | 55.07% | 30.51 |
| | | 25 | 55.40 | 55.07% | 30.51 |
| | | 27 | 110.80 | 55.07% | 61.02 |
| | | | 18,579.76 | | $10,231.86 |
| | | | | | |
| HENDERSHOT, MICHAEL | 2002 | 16 | 55.53 | 55.07% | 30.58 |
| | | 22 | 55.53 | 55.07% | 30.58 |
| | | | 111.06 | | $61.16 |
| | | | | | |
| JANSON, LAURA | 2002 | 01 | 42.79 | 55.07% | 23.56 |
| | | 15 | 61.60 | 55.07% | 33.92 |
| | | 19 | 46.17 | 55.07% | 25.43 |
| | | | 150.56 | | $82.91 |

EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| KELLY, DARLENE F. | 2002 | 02 | 141.54 | 55.07% | 77.95 |
| | | 04 | 141.54 | 55.07% | 77.95 |
| | | 05 | 40.44 | 55.07% | 22.27 |
| | | 06 | 181.98 | 55.07% | 100.22 |
| | | 10 | 42.63 | 55.07% | 23.48 |
| | | 11 | 127.88 | 55.07% | 70.42 |
| | | 12 | 63.95 | 55.07% | 35.22 |
| | | 13 | 383.63 | 55.07% | 211.27 |
| | | 19 | 127.88 | 55.07% | 70.42 |
| | | | 85.26 | 55.07% | 46.95 |
| | | 20 | 127.88 | 55.07% | 70.42 |
| | | 21 | 63.95 | 55.07% | 35.22 |
| | | 24 | 106.58 | 55.07% | 58.69 |
| | | 26 | 63.95 | 55.07% | 35.22 |
| | | | 63.95 | 55.07% | 35.22 |
| | | | 1,763.04 | | $970.92 |
| | | | | | |
| KIM, THEODORE | 2002 | 23 | 544.36 | 55.07% | 299.78 |
| | | | 544.36 | | $299.78 |
| | | | | | |
| KULPAN, BRUCE R. | 2002 | 23 | 61.03 | 55.07% | 33.61 |
| | | 24 | 30.56 | 55.07% | 16.83 |
| | | | 91.59 | | $50.44 |
| | | | | | |
| KWEDAR, JOHN A. | 2002 | 04 | 28.63 | 55.07% | 15.77 |
| | | | 28.63 | | $15.77 |
| | | | | | |
| LAPSLEY, GLEN S. | 2002 | 19 | 153.94 | 55.07% | 84.77 |
| | | | 153.94 | | $84.77 |

EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| LUDZIA, PETER J. | 2002 | 02 | 55.86 | 55.07% | 30.76 |
| | | 03 | 55.86 | 55.07% | 30.76 |
| | | 15 | 123.31 | 55.07% | 67.91 |
| | | | 61.65 | 55.07% | 33.95 |
| | | 16 | 61.65 | 55.07% | 33.95 |
| | | 18 | 92.48 | 55.07% | 50.93 |
| | | 23 | 123.31 | 55.07% | 67.91 |
| | | 25 | 30.83 | 55.07% | 16.98 |
| | | | 604.95 | | $333.15 |
| | | | | | |
| MELLON, MATTHEW T. | 2002 | 01 | 76.45 | 55.07% | 42.10 |
| | | 02 | 97.86 | 55.07% | 53.89 |
| | | 03 | 260.94 | 55.07% | 143.70 |
| | | 04 | 97.86 | 55.07% | 53.89 |
| | | 05 | 326.18 | 55.07% | 179.63 |
| | | 06 | 195.72 | 55.07% | 107.78 |
| | | 07 | 163.09 | 55.07% | 89.81 |
| | | 08 | 587.14 | 55.07% | 323.34 |
| | | 09 | 137.38 | 55.07% | 75.66 |
| | | 10 | 68.68 | 55.07% | 37.82 |
| | | 11 | 68.68 | 55.07% | 37.82 |
| | | 13 | 927.27 | 55.07% | 510.65 |
| | | 14 | 171.73 | 55.07% | 94.57 |
| | | 15 | 34.34 | 55.07% | 18.91 |
| | | 16 | 549.49 | 55.07% | 302.60 |
| | | 17 | 309.09 | 55.07% | 170.22 |
| | | 18 | 309.09 | 55.07% | 170.22 |
| | | 19 | 824.25 | 55.07% | 453.91 |
| | | 20 | 858.59 | 55.07% | 472.83 |
| | | 21 | 446.46 | 55.07% | 245.87 |
| | | 22 | 858.59 | 55.07% | 472.83 |
| | | 25 | 171.73 | 55.07% | 94.57 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| MELLON, MATTHEW T. | 2002 | 27 | 106.32 | 55.07% | 58.55 |
| | | | 7,646.93 | | $4,211.17 |
| | | | | | |
| MULLIN, LEO J. | 2002 | 13 | 241.44 | 55.07% | 132.96 |
| | | 16 | 96.57 | 55.07% | 53.18 |
| | | 19 | 96.57 | 55.07% | 53.18 |
| | | 26 | 144.86 | 55.07% | 79.77 |
| | | | 579.44 | | $319.09 |
| | | | | | |
| NEWMAN, ERIC | 2002 | 20 | 134.73 | 55.07% | 74.20 |
| | | 21 | 188.64 | 55.07% | 103.88 |
| | | 22 | 538.95 | 55.07% | 296.80 |
| | | 25 | 188.64 | 55.07% | 103.88 |
| | | 26 | 53.90 | 55.07% | 29.68 |
| | | | 1,104.86 | | $608.44 |
| | | | | | |
| NUNN, SHIRLITA L. | 2002 | 23 | 12.07 | 55.07% | 6.65 |
| | | | 12.07 | | $6.65 |
| | | | | | |
| OPONIK, DENISE F. | 2002 | 13 | 22.40 | 55.07% | 12.34 |
| | | | 22.40 | | $12.34 |
| | | | | | |
| PANDZA, STEVEN X. | 2002 | 16 | 145.20 | 55.07% | 79.96 |
| | | | 145.20 | | $79.96 |
| | | | | | |
| SLIZYS, DANIEL V. | 2002 | 05 | 24.26 | 55.07% | 13.36 |
| | | | 24.26 | | $13.36 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| THAUNG, KHIN | 2002 | 05 | 22.45 | 55.07% | 12.36 |
| | | | 22.45 | | $12.36 |
| | | | | | |
| WILLIAMS, JAMES A. | 2002 | 24 | 141.52 | 55.07% | 77.94 |
| | | | 141.52 | | $77.94 |
| | | | | | |
| WISE, NEIL | 2002 | 01 | 30.83 | 55.07% | 16.98 |
| | | 02 | 30.84 | 55.07% | 16.98 |
| | | 04 | 92.51 | 55.07% | 50.95 |
| | | 05 | 61.67 | 55.07% | 33.96 |
| | | 12 | 32.37 | 55.07% | 17.83 |
| | | 14 | 32.37 | 55.07% | 17.83 |
| | | 15 | 64.75 | 55.07% | 35.66 |
| | | 16 | 97.12 | 55.07% | 53.48 |
| | | 19 | 32.37 | 55.07% | 17.83 |
| | | 20 | 64.76 | 55.07% | 35.66 |
| | | 21 | 32.37 | 55.07% | 17.83 |
| | | 22 | 97.12 | 55.07% | 53.48 |
| | | 23 | 32.37 | 55.07% | 17.83 |
| | | 26 | 48.56 | 55.07% | 26.74 |
| | | | 750.01 | | $413.04 |
| | | | | | |
| WORTHMAN, GARY | 2002 | 23 | 32.19 | 55.07% | 17.73 |
| | | | 32.19 | | $17.73 |
| | | | | | |
| Total Fiscal Year 2002 Payroll Direct Costs: | | | 34,023.70 | | $18,736.86 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

## OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-S3-0002 | OPT#03 | 11/16/2001 | 2.36 | 0.99 | 55.07% | 1.84 |
| | OPT#05 | 01/08/2002 | 891.94 | 374.24 | 55.07% | 697.29 |
| | OPT06 | 02/11/2002 | 3,531.94 | 1,481.92 | 55.07% | 2,761.13 |
| | OPT#08 | 04/01/2002 | 5.31 | 2.23 | 55.07% | 4.15 |
| | OPT#07 | 04/01/2002 | 2,589.75 | 1,086.60 | 55.07% | 2,024.57 |
| | OPT#09 | 06/04/2002 | 0.37 | 0.16 | 55.07% | 0.29 |
| | OPT#10 | 06/20/2002 | 292.94 | 122.91 | 55.07% | 229.01 |
| | | | 7,314.61 | 3,069.05 | | $5,718.28 |
| | | | | | | |
| 68-W0-1018 | 3R011301 | 02/05/2002 | 557.03 | 704.50 | 55.07% | 694.72 |
| | 3R011401 | 02/28/2002 | 263.50 | 333.26 | 55.07% | 328.64 |
| | 3R011501 | 04/03/2002 | 60.37 | 76.35 | 55.07% | 75.29 |
| | 3R010202R | 06/06/2002 | 275.95 | 349.01 | 55.07% | 344.17 |
| | | | 1,156.85 | 1,463.12 | | $1,442.82 |
| | | | | | | |
| 68-W0-1034 | 7 | 02/04/2002 | 243.81 | 89.58 | 55.07% | 183.60 |
| | 8 | 03/01/2002 | 30.42 | 11.18 | 55.07% | 22.91 |
| | 13ADJ | 08/26/2002 | 19.13 | 7.03 | 55.07% | 14.41 |
| | | | 293.36 | 107.79 | | $220.92 |
| | | | | | | |
| 68-W0-1038 | AR2001174 | 01/28/2002 | 4,133.23 | 1,518.56 | 55.07% | 3,112.44 |
| | | | 4,133.23 | 1,518.56 | | $3,112.44 |
| | | | | | | |
| DW15796801D | 04800246 | 02/28/2002 | 4,627.25 | 0.00 | 55.07% | 2,548.23 |
| | 04800236 | 02/28/2002 | 1,283.67 | 0.00 | 55.07% | 706.92 |
| | 0480240 | 05/31/2002 | 258.09 | 0.00 | 55.07% | 142.13 |
| | | | 6,169.01 | 0.00 | | $3,397.28 |
| | | | | | | |
| DW15796801E | 04801822 | 03/31/2002 | 3,582.04 | 0.00 | 55.07% | 1,972.63 |
| | 04803122 | 06/30/2002 | 2,493.45 | 0.00 | 55.07% | 1,373.14 |

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| DW15796801E | 04804162 | 08/31/2002 | 239.43 | 0.00 | 55.07% | 131.85 |
| | 04804163 | 08/31/2002 | 2,237.58 | 0.00 | 55.07% | 1,232.24 |
| | 04804606 | 08/31/2002 | 2.03 | 0.00 | 55.07% | 1.12 |
| | | | 8,554.53 | 0.00 | | $4,710.98 |
| Total Fiscal Year 2002 Other Direct Costs: | | | 27,621.59 | 6,158.52 | | $18,602.72 |
| Total Fiscal Year 2002: | | | 67,803.81 | | | $37,339.58 |

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| AJL, DIANE F. | 2003 | 01 | 57.00 | 55.07% | 31.39 |
| | | 05 | 58.12 | 55.07% | 32.01 |
| | | 06 | 116.20 | 55.07% | 63.99 |
| | | 12 | 59.93 | 55.07% | 33.00 |
| | | 14 | 30.30 | 55.07% | 16.69 |
| | | 20 | 30.30 | 55.07% | 16.69 |
| | | 26 | 181.83 | 55.07% | 100.13 |
| | | | 533.68 | | $293.90 |
| ARNOLD, DARIA D. | 2003 | 13 | 149.82 | 55.07% | 82.51 |
| | | 14 | 194.74 | 55.07% | 107.24 |
| | | 15 | 259.66 | 55.07% | 142.99 |
| | | | 604.22 | | $332.74 |
| HAMILTON, YVETTE D. | 2003 | 02 | 941.85 | 55.07% | 518.68 |
| | | 03 | 941.83 | 55.07% | 518.67 |
| | | | 498.61 | 55.07% | 274.58 |
| | | 04 | 775.63 | 55.07% | 427.14 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| HAMILTON, YVETTE D. | 2003 | 05 | 55.40 | 55.07% | 30.51 |
| | | | 387.81 | 55.07% | 213.57 |
| | | 06 | 1,251.80 | 55.07% | 689.37 |
| | | | 108.86 | 55.07% | 59.95 |
| | | 07 | 332.41 | 55.07% | 183.06 |
| | | | 276.99 | 55.07% | 152.54 |
| | | 08 | 664.82 | 55.07% | 366.12 |
| | | | 443.22 | 55.07% | 244.08 |
| | | 09 | 172.13 | 55.07% | 94.79 |
| | | | 344.27 | 55.07% | 189.59 |
| | | 10 | 57.37 | 55.07% | 31.59 |
| | | 12 | 172.14 | 55.07% | 94.80 |
| | | 13 | 57.38 | 55.07% | 31.60 |
| | | 17 | 119.27 | 55.07% | 65.68 |
| | | 19 | 29.83 | 55.07% | 16.43 |
| | | 21 | 297.88 | 55.07% | 164.04 |
| | | 22 | 1,370.20 | 55.07% | 754.57 |
| | | 26 | 834.03 | 55.07% | 459.30 |
| | | | 10,133.73 | | $5,580.66 |
| | | | | | |
| KELLY, DARLENE F. | 2003 | 03 | 147.91 | 55.07% | 81.45 |
| | | 04 | 338.08 | 55.07% | 186.18 |
| | | 05 | 126.79 | 55.07% | 69.82 |
| | | 07 | 108.54 | 55.07% | 59.77 |
| | | 09 | 135.01 | 55.07% | 74.35 |
| | | 10 | 292.55 | 55.07% | 161.11 |
| | | 11 | 91.00 | 55.07% | 50.11 |
| | | | 1,239.88 | | $682.79 |
| | | | | | |
| KWEDAR, JOHN A. | 2003 | 21 | 18.70 | 55.07% | 10.30 |
| | | | 18.70 | | $10.30 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| MALANCONE, DIANE | 2003 | 12 | 1,343.73 | 55.07% | 739.99 |
| | | | 1,343.73 | | $739.99 |
| | | | | | |
| MELLON, MATTHEW T. | 2003 | 01 | 141.77 | 55.07% | 78.07 |
| | | 03 | 70.88 | 55.07% | 39.03 |
| | | 04 | 194.95 | 55.07% | 107.36 |
| | | 06 | 35.45 | 55.07% | 19.52 |
| | | 08 | 35.45 | 55.07% | 19.52 |
| | | 09 | 109.96 | 55.07% | 60.55 |
| | | 11 | 146.62 | 55.07% | 80.74 |
| | | 12 | 109.93 | 55.07% | 60.54 |
| | | 20 | 37.09 | 55.07% | 20.43 |
| | | 21 | 296.57 | 55.07% | 163.32 |
| | | 22 | 519.03 | 55.07% | 285.83 |
| | | 23 | 148.30 | 55.07% | 81.67 |
| | | 24 | 37.09 | 55.07% | 20.43 |
| | | | 1,883.09 | | $1,037.01 |
| | | | | | |
| MULLIN, LEO J. | 2003 | 01 | 48.29 | 55.07% | 26.59 |
| | | 03 | 239.28 | 55.07% | 131.77 |
| | | 09 | 98.92 | 55.07% | 54.48 |
| | | 20 | 51.46 | 55.07% | 28.34 |
| | | | 437.95 | | $241.18 |
| | | | | | |
| PANDZA, STEVEN X. | 2003 | 07 | 12.00 | 55.07% | 6.61 |
| | | 11 | 74.56 | 55.07% | 41.06 |
| | | | 86.56 | | $47.67 |

EPA Indirect Costs

TYLER REFRIGERATION, DE  SITE ID = 03 N6

PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| ROWE, VIRGINIA E. | 2003 | 12 | 299.52 | 55.07% | 164.95 |
| | | | 299.52 | | $164.95 |
| | | | | | |
| STEPHENS, MARK K. | 2003 | 09 | 50.87 | 55.07% | 28.01 |
| | | | 50.87 | | $28.01 |
| | | | | | |
| WISE, NEIL | 2003 | 01 | 16.18 | 55.07% | 8.91 |
| | | 04 | 32.08 | 55.07% | 17.67 |
| | | 05 | 32.08 | 55.07% | 17.67 |
| | | 06 | 16.05 | 55.07% | 8.84 |
| | | 09 | 33.12 | 55.07% | 18.24 |
| | | 12 | 16.56 | 55.07% | 9.12 |
| | | 21 | 33.51 | 55.07% | 18.45 |
| | | 26 | 83.79 | 55.07% | 46.14 |
| | | 27 | 33.51 | 55.07% | 18.45 |
| | | | 296.88 | | $163.49 |
| | | | | | |
| Total Fiscal Year 2003 Payroll Direct Costs: | | | 16,928.81 | | $9,322.69 |

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-S3-0002 | OPT#0212 | 08/01/2003 | 22.94 | 9.63 | 55.07% | 17.94 |
| | OPT#0301 | 09/02/2003 | 6,186.50 | 2,595.71 | 55.07% | 4,836.36 |
| | OPT#0302 | 09/24/2003 | 1,876.72 | 787.43 | 55.07% | 1,467.15 |
| | | | 8,086.16 | 3,392.77 | | $6,321.45 |

## EPA Indirect Costs

## TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

#### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-W0-1034 | 20 | 02/27/2003 | 13.64 | 5.01 | 55.07% | 10.27 |
| | | | 13.64 | 5.01 | | $10.27 |
| | | | | | | |
| 68-W0-1038 | AR2002170 | 01/23/2003 | 55.20 | 20.28 | 55.07% | 41.57 |
| | | | 55.20 | 20.28 | | $41.57 |
| | | | | | | |
| 68-W0-1043 | 15334 | 09/17/2003 | 2,135.60 | 784.63 | 55.07% | 1,608.17 |
| | 15352 | 09/22/2003 | 7,117.22 | 2,614.89 | 55.07% | 5,359.47 |
| | | | 9,252.82 | 3,399.52 | | $6,967.64 |
| | | | | | | |
| DW15796801D | 270312655 | 06/30/2003 | -208.67 | 0.00 | 55.07% | -114.91 |
| | | | -208.67 | 0.00 | | $-114.91 |
| | | | | | | |
| DW15796801E | 270314065 | 03/26/2003 | -169.01 | 0.00 | 55.07% | -93.07 |
| | 270315233 | 06/05/2003 | 764.04 | 0.00 | 55.07% | 420.76 |
| | 270315231 | 07/23/2003 | 984.52 | 0.00 | 55.07% | 542.18 |
| | 270316304 | 09/12/2003 | 552.63 | 0.00 | 55.07% | 304.33 |
| | | | 2,132.18 | 0.00 | | $1,174.20 |

Total Fiscal Year 2003 Other Direct Costs:     19,331.33     6,817.58          $14,400.22

Total Fiscal Year 2003:          43,077.72          $23,722.91

## EPA Indirect Costs

### TYLER REFRIGERATION, DE  SITE ID = 03 N6

### PAST RESPONSE COSTS THROUGH NOVEMBER 4, 2003
### COST PACKAGES NO. 827, 828, 1331, 103584, 107322, 109862

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-W0-1018 | 3R110503 | 11/04/2003 | 1,501.22 | 1,898.67 | 55.07% | 1,872.32 |
| | | | 1,501.22 | 1,898.67 | | $1,872.32 |
| | | | | | | |
| 68-W0-1034 | 27 | 10/02/2003 | 395.81 | 145.42 | 55.07% | 298.06 |
| | 28 | 11/07/2003 | 5.27 | 1.94 | 55.07% | 3.97 |
| | | | 401.08 | 147.36 | | $302.03 |
| | | | | | | |
| DW15796801F | 270317205 | 10/21/2003 | 67.86 | 0.00 | 55.07% | 37.37 |
| | 270319181 | 11/04/2003 | 135.09 | 0.00 | 55.07% | 74.39 |
| | | | 202.95 | 0.00 | | $111.76 |

|  |  |  |  |  |
|---|---|---|---|---|
| Total Fiscal Year 2004 Other Direct Costs: | | 2,105.25 | 2,046.03 | $2,286.11 |
| Total Fiscal Year 2004: | | | 4,151.28 | $2,286.11 |
| Total EPA Indirect Costs | | | | $157,836.00 |