# APPENDIX 3

Figure



**Site Location Map**
Tyler Refrigeration Pit Superfund Site
Smyrna, Delaware

THE ERM GROUP

C2702.10.01 / DG 1-14-93 / ES 1-14-93